# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ROSINDA MATUTE-
CASTELLANOS,

    Plaintiff,

vs.

GEICO INDEMNITY COMPANY,
JOHN DOE 1, and JOHN DOE 2,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

**CIVIL ACTION FILE**

**NO. 1:16-CV-03756-TWT**

## DEFENDANT GEICO INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW **GEICO INDEMNITY COMPANY** ("GEICO"), a

Defendant in the above-styled civil action, by and through its counsel of record,

and files its Motion for Summary Judgment. As grounds for this Motion,

Defendant shows there are no genuine issues of fact for trial and Defendant is

entitled to judgment as a matter of law. In support of this Motion, Defendant relies

on the following documents:

1.     Defendant's Brief in Support of Motion for Summary Judgment;

2.     Affidavit of Chris Newberry;

3.     Affidavit of Kelly McMichael;

4.    Affidavit of Mike Mitchell;

5.    Deposition of Plaintiff;

6.    GEICO's First Interrogatories to Plaintiff;

7.    Plaintiff's Responses to Defendant's First Interrogatories;

8.    Insurance Auto Auctions Response to GEICO's Request for Production of Documents; and

9.    All other pleadings and evidence filed with the Court.

WHEREFORE, for all of the foregoing reasons and those set forth in Defendant's Brief in Support of its Motion for Summary Judgment and Statement of Material Facts as to Which There Is No Genuine Issue to be Tried, Defendant respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's claims against Defendant in their entirety and with prejudice.

{Signature on the Following Page}

- 2 -

This _____ day of March, 2017.

                                    CRUSER, MITCHELL, NOVITZ,
                                    SANCHEZ, GASTON & ZIMET, LLP


                                    _____
                                    **J. ROBB CRUSER**
                                    Georgia Bar No. 199480
                                    **CRAIG P. TERRETT**
                                    Georgia Bar No. 702410
Meridian II, Suite 2000             **ROBERT N. FRIEDMAN**
275 Scientific Drive                Georgia Bar No. 945494
Norcross, GA  30092                 *Attorneys for Defendant GEICO Indemnity*
(404) 881-2622                      *Company*
(404) 881-2630 – fax
rcruser@cmlawfirm.com
cterrett@cmlawfirm.com


## LOCAL RULE CERTIFICATION

Counsel hereby certifies that this pleading was prepared with one of the font

and point selections approved by the Court in LR 5.1C.  Specifically, Times New

Roman was used in 14 point.

- 3 -

{Firm/201/01537/PLEADING/01556103.DOC }

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed DEFENDANT GEICO

INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT with the

Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to the following attorneys of record:

Talal "Perez" Ghosheh, Esq.
Ghosheh Law Firm, LLC
242 South Culver Street, Suite 200
Lawrenceville, GA  30046
talal@ghoshehlaw.com
*Counsel for Plaintiff*

This _____ day of March, 2017.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP


**J. ROBB CRUSER**
Georgia Bar No. 199480
**CRAIG P. TERRETT**
Georgia Bar No. 702410
**ROBERT N. FRIEDMAN**
Georgia Bar No. 945494
*Attorneys for Defendant GEICO Indemnity
Company*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA  30092
(404) 881-2622
(404) 881-2630 – fax
rcruser@cmlawfirm.com
cterrett@cmlawfirm.com

- 4 -

{Firm/201/01537/PLEADING/01556103.DOC }