## CERTIFICATE OF AUTHENTICATION OF BUSINESS RECORDS

FROM:     Insurance Auto Auctions Corp.
*Attn: Business Records Custodian*
422 Scuffletown Rd.
Simpsonville, SC 29681

COMES NOW Records Custodian of Insurance Auto Auctions Corp., and responds to the Request for Production of Documents served pursuant to O.C.G.A. §§ 9-11-34(c); 24-8-803(6); 24-9-902(8), (11); and 24-9-901(a) as follows:

( )    Copies of the requested materials have been attached.

( )    The materials requested will be produced at the designated address.

( )    The materials requested do not exist.

### AFFIDAVIT

THE UNDERSIGNED certifies that he or she is a person responsible for keeping the business records for Insurance Auto Auctions Corp., and that there are ___34___ pages that have been attached and are true and accurate copies of the business records of this facility concerning Rosinda Matute-Castellanos(DOB: 01/13/1981; SSN: 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; Year/Make/Model: 1988 Mercury Tracer; VIN#: 3MABM1259JR667971 ) which were kept in the aforesaid facility, and that said records were made in the regular course of business of said facility and that it was the regular course of such business to make such records at the time of the transactions, occurrences, or events recorded therein, or within a reasonable time thereafter. Such records were made and kept as reasonably necessary. Such records constitute the entire file materials requested.

THIS CERTIFICATE is given pursuant to Georgia laws and in compliance with O.C.G.A. §§ 9-11-34(c); 24-8-803(6); 24-9-902(8), (11); and 24-9-901(a) in lieu of the personal appearance of the person certifying hereto, and in connection with a case or proceeding involving Rosinda Matute-Castellanos(DOB: 01/13/1981; SSN: 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; Year/Make/Model: 1988 Mercury Tracer; VIN#:3MABM1259JR667971).

_____
Records Custodian
INSURANCE AUTO AUCTIONS CORP.

SWORN to and subscribed in my presence this ___ day of ___9_____, 2015.

_____
Notary Public

My Commission Expires: _____

{Flmt/201/01537/TPR/01115580.DOCX }

EXHIBIT

A

tabbies

Case 1:16-cv-03756-TWT    Document 27-2    Filed 03/30/17    Page 2 of 34

Salvage Maintenance                                                                                                          [Local]

| Status Info | stock number | branch | account manager | provider | adjuster | adjuster phone | claim | owner | date of loss |
|---|---|---|---|---|---|---|---|---|---|
| | 000-09543920 | Adanta | Branch | GEICO Insurance - (PCC02) Seathe | Donadik, Jennifer | (770)658-7523 | 024252670010103X | Matute. | 03/08/2012 |
| | alt stock no | process status | | VIN | type | year | make | model | license plate |
| | | Check Issued | | 2MA2M12592R667971 | Automobile | 1988 | MERCURY | TRACER | |

**Status Info**

| stock number | vehicle status | type |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| location | aisle number | stall number | assigned date |
|---|---|---|---|
| [illegible] | [illegible] | | [illegible] |

| IAA admin branch | contract info | agreement type |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| rate sheet ID | rate group criteria ID |
|---|---|
| [illegible] | [illegible] |

**Vehicle Info**

| VIN | type | sub type |
|---|---|---|
| [illegible] | [illegible] | |

| year | make | model | exterior color |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| series | body style | PA payment type |
|---|---|---|
| | [illegible] | |

| origin |
|---|
| [illegible] |

| loss type | primary damage | secondary damage |
|---|---|---|
| Collision | Unknown | [illegible] |

| odometer | keys | state | places |
|---|---|---|---|
| | Present | (None) | |

| vehicle damage |
|---|
| |

**Estimate**

| Date | Estimate Type | Event | Source | Estimate Amount |
|---|---|---|---|---|
| | | | | |

**Provider Info**

| company |
|---|
| [illegible] |

| handler first name | handler last name | preferred method |
|---|---|---|
| | | [illegible] |

| phone | ext | e-mail | Inspection Service Level |
|---|---|---|---|
| [illegible] | | [illegible] | |

**Claim Info**

| claim number | policy number | date of loss |
|---|---|---|
| 0242526700101050 | | 03/08/2012 |

| ACV | BCR | minimum bid | call |
|---|---|---|---|
| $ | $ | $ | No |

| SRE | priority tow | VIC | FastTrack | FT status |
|---|---|---|---|---|
| | No | | | |

| claim key |
|---|
| |

**Owner Info**

| type | owner first name | owner last name |
|---|---|---|
| Person | | Matute |

| primary phone | ext | secondary phone | ext | e-mail |
|---|---|---|---|---|
| (770)895-3778 | | | | |

| policy holder | insured first name | insured last name |
|---|---|---|
| Yes | | [illegible] |

**Title Info**

| title number | title received | state/type/brand |
|---|---|---|
| | | |

| sale doc # | received | state/type/brand |
|---|---|---|
| | | |

**BidFast Info**

| BidFast bid | bid date | bid expiration | contract price |
|---|---|---|---|
| $ | | | |

**Sale Info**

| anticipated auction date | actual auction date | auction lane | sale item # | # of rerun | I-Buy Fast |
|---|---|---|---|---|---|
| | | | | | No |

| buyer ID | buyer | sale date | sale amount |
|---|---|---|---|
| | | | $ |

| earliest sale date |
|---|
| |

Submit   Cancel



**INSURANCE**
**AUTO AUCTIONS**

Insurance Auto Auctions, Inc.
Attn: Settlement Group
P.O Box 159
Loganville, GA  300524814
Phone    (770) 784-5767
Fax:      (770) 787-4168
E-mail   IAA_ASAP_Atlanta@iaai.com

**REMITTANCE: 9216085**
**DATE: 04/09/2012**

Remittance Payable To:
    GEICO Insurance Company
    One GEICO Center
    Macon, GA 31296
    Attn: Salvage Dept

## Salvage Information

| | |
|---|---|
| IAA Stock #: | 000-09543920 |
| IAA Branch: | Atlanta |
| Fed. Tax I.D. | 954465113 |
| Adjuster: | Jennifer Donacik |
| Insured: | Matule |
| Owner: | Matule |
| Claim #: | 0242526700101050 |
| Policy #: | |
| Vehicle: | 1988 MERCURY TRACER |
| Damage: | Unknown/ |
| VIN: | 3MABM1269JR667971 |
| ACV: | $0.00 |
| NICB Date: | N/A |

| Account of Sale | Total Activity | % ACV |
|---|---|---|
| Sales | $0.00 | 0.00 |
| **IAA Charges** | | |
| Cancellation Fee | $0.00 | 0.00 |
| Storage Fee | $0.00 | 0.00 |
| Less IAA Charges | $0.00 | 0.00 |
| Net IAA Return | $0.00 | 0.00 |
| **Payment Amount** | **$0.00** | **0.00%** |

## Buyer Information

.

## Elapsed Days Analysis

| Date of Event: | Date | Days |
|---|---|---|
| Loss | 3/8/2012 | -- |
| Assigned | 3/30/2012 | 23 |
| Released | 4/2/2012 | 4 |
| Pickup | N/A | 0 |
| Title Rec'd | N/A | 0 |
| Sale Doc. Rec'd | N/A | 0 |
| Sale Date | 4/4/2012 | 0 |
| Buyer Payment | N/A | 0 |
| Remittance | 4/9/2012 | 6 |
| **Elapsed Total Days:** | | **33** |

IAA Doc, RP002.rpt

**IAA**
INSURANCE
AUTO AUCTIONS

Pick Up From:
Matute - Residence
3207 Henderson Mill Rd Apt S2,
Chamblee, GA 30341
County: De Kalb
(770) 895-3778

Stock #: 9543920

Deliver To:
Atlanta
125 Old Highway 138,
Loganville, GA 30052
County: Walton
(770) 784-5767

IAA Tow Bill - (A) 10447531

## TOWER INFO

| | |
|---|---|
| Tower: Trevin Automotive Towing, Inc | Vehicle: 1988 MERCURY TRACER |
| Dispatcher: Amber Bates | Exterior Color:    Keys: Yes |
| Tow Zone: 3    Mileage: 36    Towable: No/FWD | Assignment Date/Time: 3/30/2012 / 12:41PM |
| Loss Type: Collision | Release Date: 4/2/2012 |
| Primary Damage: Unknown | Dispatch Date/Time: 4/2/2012 / 7:55AM |
| Secondary Damage: | Pick Up Date/Time: 4/2/2012 / 7:55AM |

## PICKUP INFO

| | | |
|---|---|---|
| | Payment Method: | Release Contact: |
| Tax Amount | Pay At: 3207 Henderson Mill Rd Apt S2 | Call First?: No |
| | Storage Start: | Blocked In?: No |
| Total    $ 0.00 | Storage End: | Reference: 0 |

Tower Notes: No owner contact necessary.no charges keys under door mat

<IAAI TOW 9845228#24705079 TOWDOCM>

## SALVAGE PROVIDER INFO

| | |
|---|---|
| Provider: GEICO Insurance - (FCC02) Southeast | Owner: Matute |
| Adjuster: Jennifer Donacik | Claim: 0242526700101050 |

## CHECK IN

Last 6 of VIN: 667971                VIN is:   OK / Missing / Damaged / Altered

Plate #:                            State:              No. of Plates:                  Exterior Color:
Odometer:                          Actual / Exceeds Mech.Limits / Not Actual / Burnt / Broken / Inoper.Digital / Exempt / Missing
Primary Damage:                    Secondary Damage:                           Condition: C / P / F / B
Starts: Y / N / Jump / Can't Test  Run & Drive: Y / N                          Shrink Wrap: Y / N

| Interior: | | Exterior: | | Other: | |
|---|---|---|---|---|---|
| Radio Face Plate | Y / N | Teardown | Y / N | Keys | P / M / NA |
| Radio | P / M / NA | Headlamps | P / M / NA | Key Fob | P / M / NA |
| CD Player | P / M / NA | Tail Lamps | P / M / NA | Make Keys | Y / N |
| CD Changer | P / M / NA | Decklid/Tailgate | P / M / NA | Front Bumper Covers | Y / N |
| Cassette | P / M / NA | | | Rear Bumper Covers | Y / N |
| DVD Player | P / M / NA | # of Wheels ____ # of Tires ____ | | | |
| DVD Screen | P / M / NA | Wheel Type | Standard / Alloy | Other Missing Parts: | |
| Navigation | P / M / U / NA | | Custom / Missing | | |
| Driver Airbag | D / I / M / N | Spare | P / M / U / NA | Personals: | |
| Passenger Airbag | D / I / M / N | Mechanical: | | | |
| Lt Side Airbag | D / I / M / N | Battery | P / M / D / NA | | |
| Rt Side Airbag | D / I / M / N | Engine | P / M / D / NA | | |
| | | Transmission | P / M / D / NA | | |

Date Of Pick Up:
Time Of Pick Up:              Shop Initial: _____      Tower Initial: _____

IAA Doc: RP050.00


**iaai.com**

Salvage Notes Report

Stock #: 000-09543920

Branch: #710 - Atlanta

VIN : 3MABM1259JR557971

| | | |
|---|---|---|
| Assigned : 3/30/2012  12:41:21PM | DOL : 3/8/2012  12:00:00AM | Status : Check Issued |
| Pickup : 4/2/2012  11:31:50AM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :  0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | Sue Switzer | 4/9/2012  10:09:59PM |
| Settlement | Settlement Check Issued | Sue Switzer | 4/9/2012  10:09:59PM |
| Settlement | Final Settlement Ended | Sue Switzer | 4/9/2012  10:09:59PM |
| Settlement | Final Settlement Started | Sue Switzer | 4/9/2012  10:09:58PM |
| Settlement | Settlement Ended | Sue Switzer | 4/9/2012  10:09:58PM |
| Settlement | Settlement Started | Sue Switzer | 4/9/2012  10:09:58PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 4/9/2012  10:09:60PM |
| Financial | Expense Entry Voided | ASAP System | 4/9/2012  1:04:01PM |
| Settlement | Settlement Approval - Hold | Sue Switzer | 4/4/2012  10:41:48PM |
| Salvage Provider | OK to cancel per Lisa Huffman / geico | Stephanie Fuller | 4/4/2012  12:11:09PM |
| Financial | Charge Revalued | Stephanie Fuller | 4/4/2012  12:11:00PM |
| Financial | Revalue: reason code 'RCC' | Stephanie Fuller | 4/4/2012  12:11:00PM |
| Financial | Revalue: no contract change | Stephanie Fuller | 4/4/2012  12:11:00PM |
| Vehicle Removal | Picked Up by Provider | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Assignment | Assignment Cancelled | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Financial | New Charge Added | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Financial | New Charge Added | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Financial | Storage Ended | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Salvage Provider | wall call back left message for owner at new number provided. | Kayla Kuhns | 4/4/2012  12:10:29PM |
| Salvage Provider | as per Vanna this is location for pick up : 3207 Henderson Mill Rd Chamblee, GA 30341 ph: 404 492 2198 | Kayla Kuhns | 4/4/2012  12:08:12PM |



**iaai.com**

Salvage Notes Report

Stock #: 000-09543920

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

Assigned : 3/30/2012 12:41:21PM

DOL : 3/8/2012 12:00:00AM

Status : Check Issued

Pickup : 4/2/2012 11:31:50AM

Check-in :

Auction :

Color :

Row /Slot :

Odometer :

Year : 1988

Make : MERCURY

Model : TRACER

Plate :

Loss Type : Collision

Primary Damage : Unknown

Secondary Damage :

Customer : GEICO Insurance - (FCC02) Southeast

Claim # :        0242626700101050

Claim Handler : Jennifer Donacik

Policy #

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release Problem Created : Cancellation Requested | Amber Bates | 4/4/2012  9:21:45AM |
| Release Problem | Release Problem Identified | Amber Bates | 4/4/2012  9:21:45AM |
| Release Problem | Release Problem Updated: Release Problem Provider Release Problem changed to Release Problem Cancellation Requested. | Amber Bates | 4/4/2012  9:21:45AM |
| Salvage Provider | as per Jennifer and Lisa Huffman please cancel tow for now | Kayla Kuhns | 4/4/2012  9:10:27AM |
| Assignment | SRT: CALLED OWNER (770) 895-3778 CALL CANNOT BE COMPLETED AS DIALED. CALLED ADJUSTER JENNIFER DONACIK...SHE STATED THAT IS THE ONLY NUMBER THEY HAVE AND TO SUSPEND THE TOW UNTIL WE HEAR FROM THEM. ***PLEASE CANCEL TOW*** | Lisa Huffman | 4/4/2012  9:04:46AM |
| Release Problem | Release Problem Resolved | Lisa Huffman | 4/4/2012  9:04:31AM |
| Release Problem | Release problem 'Car is Not At Facility' resolved through CSAToday; by user lhuffman with notes = SRT: CALLED OWNER (770) 895-3778 CALL CANNOT BE COMPLETED AS DIALED. CALLED ADJUSTER JENNIFER DONACIK...SHE STATED THAT IS THE ONLY NUMBER THEY HAVE AND TO SUSPEND THE TOW UNTIL WE HEAR FROM THEM. ***PLEASE CANCEL TOW*** | Lisa Huffman | 4/4/2012  9:04:31AM |
| Release Problem | Release Problem Resolved | Lisa Huffman | 4/4/2012  9:04:31AM |
| Release Problem | Release problem 'Provider Release Problem' resolved through CSAToday; by user lhuffman with notes = SRT: CALLED OWNER (770) 895-3778 CALL CANNOT BE COMPLETED AS DIALED. CALLED ADJUSTER JENNIFER DONACIK...SHE STATED THAT IS THE ONLY NUMBER THEY HAVE AND TO SUSPEND THE TOW UNTIL WE HEAR FROM THEM. ***PLEASE CANCEL TOW*** | Lisa Huffman | 4/4/2012  9:04:31AM |
| Salvage Provider | emailed to Jennifer Donacik and Lisa Huffman for resolution | Kayla Kuhns | 4/4/2012  9:01:26AM |
| Release Problem | Release Problem Created : Provider Release Problem | Kayla Kuhns | 4/4/2012  8:59:54AM |
| Release Problem | Release Problem Identified | Kayla Kuhns | 4/4/2012  8:59:54AM |
| Release Problem | Release Problem Car is Not At Facility Updated: Follow Up changed from 04/04/2012 08:00 to 04/05/2012 08:00. | Kayla Kuhns | 4/4/2012  8:59:54AM |
| Release | Please forward to Geico Provider Release team | Amber Bates | 4/4/2012  7:21:00AM |
| Salvage Provider | as per Jennifer with Geico dry run is okay to pay | Kayla Kuhns | 4/3/2012  12:48:23PM |
| Salvage Provider | as per Jennifer this is the phone number for owner: 770 895 3778 | Kayla Kuhns | 4/3/2012  12:47:56PM |


iaai.com

Salvage Notes Report

**Stock #: 000-09543920**

Branch: #710 - Atlanta

VIN : 3MABM1259JR657971

| | | |
|---|---|---|
| Assigned : 3/30/2012  12:41:21PM | DOL : 3/8/2012  12:00:00AM | Status : Check Issued |
| Pickup : 4/2/2012  11:31:50AM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :   0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release Problem Car Is Not At Facility Updated: Follow Up changed from 04/03/2012 08:00 to 04/04/2012 08:00. | Kimberly Knox | 4/3/2012  11:56:22AM |
| Salvage Provider | left message for adjuster Jennifer Donacik in regards to a correct location for vehicle. | Kimberly Knox | 4/3/2012  11:55:17AM |
| Release | Wait correct pick up location and okay to pay dry run fee of 47.00 | Amber Bates | 4/3/2012  10:07:30AM |
| Dispatch | Dry Run | Amber Bates | 4/2/2012  2:17:36PM |
| Release Problem | Release Problem Identified | Amber Bates | 4/2/2012  2:17:36PM |
| Release Problem | Release Problem Created - Car Is Not At Facility: | Amber Bates | 4/2/2012  2:17:36PM |
| Dispatch | Dispatch Tower Logged In | Amber Bates | 4/2/2012  2:17:23PM |
| Release | Driver is at this location now, vehicle is not there. Attempted to reach owner, contact number is not a working number, left message for adjuster, driver spoke with office, and they knew nothing of this vehicle, nor would they confirm if it had been impounded by office | Amber Bates | 4/2/2012  2:17:15PM |
| Dispatch | Dispatch Tower Logged Out | Amber Bates | 4/2/2012  11:31:50AM |
| Dispatch | Dispatch Tower | Amber Bates | 4/2/2012  7:55:41AM |
| Dispatch | Dispatch Tower Assigned | Amber Bates | 4/2/2012  7:55:41AM |
| Release | Actual Release Date | Amber Bates | 4/2/2012  7:55:34AM |
| Release Problem | Release Problem Resolved : Future Release Date | Amber Bates | 4/2/2012  7:55:34AM |
| Release Problem | Release Problem Resolved | Amber Bates | 4/2/2012  7:55:34AM |
| Release Problem | Release Problem Future Release Date Updated: Follow Up changed from 04/02/2012 08:00 to 04/02/2012 07:55. | Amber Bates | 4/2/2012  7:55:34AM |
| Release | Scheduled Pick Up Date at Release | Amber Bates | 4/2/2012  7:55:23AM |
| Assignment | Release Date Quoted At Assignment | Donald Aplin | 4/2/2012  12:00:00AM |
| Assignment | Release Pick Up Date Quoted At Assignment | Donald Aplin | 4/2/2012  12:00:00AM |
| Release Problem | Release Problem Future Release Date Updated: Follow Up changed from 03/31/2012 08:00 to 04/02/2012 08:00. | Amber Bates | 3/30/2012  1:17:27PM |
| Release Problem | Release Problem Created : Future Release Date | Amber Bates | 3/30/2012  12:45:34PM |



**iaai.com**

Branch: #710 - Atlanta

**Salvage Notes Report**

**Stock #: 000-0954-3920**

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 3/30/2012 12:41:21PM | DOL : 3/8/2012 12:00:00AM | Status : Check Issued |
| Pickup : 4/2/2012 11:31:50AM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :    0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release Problem Identified | Amber Bates | 3/30/2012 12:45:34PM |
| Assignment | CSAToday External Assignment | Donald Aplin | 3/30/2012 12:41:22PM |
| Assignment | CSAToday(EVA) Assignment) : 3/30/2012 12:41 PM CT by daplin; SP Office : GEICO Insurance - (FCC02) Southeast; Dest Branch: Atlanta - GA  ( 710 ); Claim Number : 0242526700101050;  Date of Loss : 03/08/2012;  Vehicle to be inspected at IAA? (VIC/Early Tow) : N;  Interested Party Number : 02; Has the Vehicle been identified as Junk : No;  Is owner a business? : N; Owner Last Name : Matute;  Best Contact Number : (770) 895-3778;  Policy Holder Last Name : Matute;  Is Owner the Policy Holder/Insured? : Y;  VIN Number : 3MABM1259JR667971;  Vehicle Type : Automobile;  Vehicle Year : 1988;  Vehicle Make : MERCURY;  Vehicle Model : TRACER;  Loss Type : Collision;  Where is the vehicle? : Pickup at Residence;  Location Name : Matute - Residence;  Location Address 1 : 3207 Henderson Mill Rd Apt S2; Location City : Chamblee;  Location State : GA;  Location Zip : 30341; Location Country : US;  Location Phone Number : (770) 895-3778; LocationId : 0;  Keys with vehicle? : Y;  Is vehicle ready for pickup today? : N;  Date for Pickup : 04/02/2012;  Pick Up Instructions : No owner contact necessary.no charges keys under door mat; | Donald Aplin | 3/30/2012 12:41:22PM |
| Dispatch | No owner contact necessary.no charges keys under door mat | Donald Aplin | 3/30/2012 12:41:22PM |
| Assignment | Date of Assignment | Donald Aplin | 3/30/2012 12:41:21PM |
| Assignment | Date of Standard Assignment | Donald Aplin | 3/30/2012 12:41:17PM |
| Assignment | EVA Assignment | Donald Aplin | 3/30/2012 12:41:17PM |
| Assignment | Date of Loss | Donald Aplin | 3/8/2012 12:00:00AM |

Case 1:16-cv-03756-TWT    Document 27-2    Filed 03/30/17    Page 9 of 34

Salvage Maintenance

| Status Info | stock number 000-09707547 | branch Atlanta | account manager Branch | provider GEICO Insurance - (PCC02) Southe | adjustor Donacik. Jennifer | adjustor phone (770)659-7523 | claim 0242526700101050 | owner Matute, Matute | date of loss 03/08/2012 |
|---|---|---|---|---|---|---|---|---|---|
| | alt stock no | process status Check Issued | | VIN 3MABM1259JR667971 | type Automobile | year 1988 | make MERCURY | model TRACER | license plate |

**Status Info**

stock number | vehicle status | type

location | aisle number | stall number | assigned date

IAA admin branch | contract info | agreement type

rate sheet ID | rate group criteria ID

**Vehicle Info**

VIN | type | sub type

year | make | model | exterior color: white

series | body style | PA payment type

origin

loss type: Collision | primary damage: Unknown | secondary damage

odometer | keys: Present | state: (None) | plates

vehicle damage

**Estimate**

| Date | Estimate Type | Event | Source | Estimate Amount |
|---|---|---|---|---|

**Provider Info**

company

handler first name | handler last name | preferred method

phone | ext | e-mail | Inspection Service Level

**Claim Info**

claim number: 0242526700101050 | policy number | date of loss: 03/08/2012

ACV $ | ECR $ | minimum bid $ | call: No

SPE | priority tow: No | VIC | FastTrack | FT status

claim key

**Owner Info**

type: Person | owner first name: Matute | owner last name: Matute

primary phone: (706)331-3147 | ext | secondary phone | ext | e-mail

policy holder: Yes | insured first name | insured last name

**Title Info**

title number | title received | state/type/brand

sale doc # | received | state/type/brand

**BidFast Info**

BidFast bid $ | bid date | bid expiration | contract price

**Sale Info**

anticipated auction date | actual auction date | auction lane | sale item # | # of rerun | I-Buy Fast: No

buyer ID | buyer | sale date | sale amount $

earliest sale date



## INSURANCE
## AUTO AUCTIONS

Insurance Auto Auctions, Inc.
Attn: Settlement Group
P.O Box 159
Loganville, GA  300524814
Phone   (770) 784-5767
Fax:    (770) 787-4168
E-mail  IAA_ASAP_Atlanta@iaai.com

### Salvage Information

| | |
|---|---|
| IAA Stock #: | 000-09707547 |
| IAA Branch: | Atlanta |
| Fed. Tax I.D. | 954455113 |
| Adjuster: | Jennifer Donacik |
| Insured: | Matute Matute |
| Owner: | Matute Matute |
| Claim #: | 0242526700101050 |
| Policy #: | |
| Vehicle: | 1988 MERCURY TRACER |
| Damage: | Unknown/ |
| VIN: | 3MABM1259JR667971 |
| ACV: | $0.00 |
| NICB Date: | N/A |

REMITTANCE: 9354883
DATE: 05/14/2012

Remittance Payable To:
GEICO Insurance Company
One GEICO Center
Macon, GA 31296
Attn: Salvage Dept

| Account of Sale | Total Activity | % ACV |
|---|---|---|
| Sales | $0.00 | 0.00 |
| IAA Charges | | |
| Cancellation Fee | $0.00 | 0.00 |
| Storage Fee | $0.00 | 0.00 |
| Less IAA Charges | $0.00 | 0.00 |
| Net IAA Return | $0.00 | 0.00 |
| Payment Amount | $0.00 | 0.00% |

### Buyer Information

.

### Elapsed Days Analysis

| Date of Event: | Date | Days |
|---|---|---|
| Loss | 3/8/2012 | -- |
| Assigned | 5/10/2012 | 64 |
| Released | N/A | 0 |
| Pickup | N/A | 0 |
| Title Rec'd | N/A | 0 |
| Sale Doc. Rec'd | N/A | 0 |
| Sale Date | 5/11/2012 | 0 |
| Buyer Payment | N/A | 0 |
| Remittance | 5/14/2012 | 4 |
| Elapsed Total Days: | | 68 |

IAA Doc. RP002.rpt


**iaai.com**

Branch: #710 - Atlanta

**Salvage Notes Report**

**Stock #: 000-09707547**

VIN : 3MABM1250JR667971

| | | |
|---|---|---|
| Assigned : 5/10/2012  4:00:50PM | DOL : 3/8/2012  12:00:00AM | Status : Check Issued |
| Pickup : | Check-In : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :        0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | BatchOMatic Process | 5/14/2012  1:47:13AM |
| Settlement | Settlement Check Issued | BatchOMatic Process | 5/14/2012  1:47:13AM |
| Settlement | Final Settlement Ended | BatchOMatic Process | 5/14/2012  1:47:13AM |
| Settlement | Final Settlement Started | BatchOMatic Process | 5/14/2012  1:47:00AM |
| Settlement | Settlement Ended | BatchOMatic Process | 5/14/2012  1:46:56AM |
| Settlement | Settlement Started | BatchOMatic Process | 5/14/2012  1:40:49AM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/11/2012  3:44:19PM |
| Financial | Charge Revalued | Terri Metz | 5/11/2012  7:46:11AM |
| Financial | Revalue: no contract change | Terri Metz | 5/11/2012  7:46:11AM |
| Financial | Revalue: reason code 'RCC' | Terri Metz | 5/11/2012  7:46:11AM |
| Vehicle Removal | Picked Up by Provider | Terri Metz | 5/11/2012  7:46:07AM |
| Assignment | Assignment Cancelled | Terri Metz | 5/11/2012  7:46:07AM |
| Financial | New Charge Added | Terri Metz | 5/11/2012  7:46:07AM |
| Financial | New Charge Added | Terri Metz | 5/11/2012  7:46:07AM |
| Financial | Storage Ended | Terri Metz | 5/11/2012  7:46:07AM |
| Release | PER JENNIFER WITH GEICO WE NEED TO CANCEL THE ASSIGNMENT. | Terri Metz | 5/11/2012  7:45:56AM |



**iaai.com**

Salvage Notes Report

Stock #: 000-09707547

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 5/10/2012  4:00:50PM | DOL : 3/8/2012  12:00:00AM | Status : Check Issued |
| Pickup : | Check-In : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :        0242626700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Assignment | CSAToday(EVA) Assignment) : 5/10/2012 4:00 PM CT by mvillanuevarodriquez; SP Office : GEICO Insurance - (FCC02) Southeast; Dest Branch: Atlanta - GA  ( 710 ); Claim Number : 0242626700101050; Date of Loss : 03/08/2012;  Vehicle to be inspected at IAA? [VIC/Early Tow] : N;  Interested Party Number : 02;  Has the Vehicle been Identified as Junk : No;  Is owner a business? : N;  Owner Last Name : Matute;  Owner First Name : Matute;  Best Contact Number : 7063515147;  Policy Holder First Name : Matute;  Policy Holder Last Name : Matute;  Is Owner the Policy Holder/Insured? : Y;  VIN Number : 3MABM1259JR667971;  Vehicle Type : Automobile;  Vehicle Year : 1988;  Vehicle Make : MERCURY;  Vehicle Model : TRACER;  Vehicle Color : White;  Loss Type : Collision;  Where is the vehicle? : Pickup at Residence;  Location Name : Matute - Residence;  Location Address 1 : 3207 Henderson Mill Rd.;  Location City : Chamblee;  Location State : GA;  Location Zip : 30341;  Location Country : US;  Location Phone Number : 7063515147;  LocationId : 0;  Keys with vehicle? : Y;  Is vehicle ready for pickup today? : Y;  Date for Pickup : 05/10/2012; | Marcela Villanueva Rodriguez | 5/10/2012  4:00:51PM |
| Assignment | CSAToday External Assignment | Marcela Villanueva Rodriguez | 5/10/2012  4:00:51PM |
| Assignment | Date of Assignment          . | Marcela Villanueva Rodriguez | 5/10/2012  4:00:50PM |
| Assignment | Date of Standard Assignment | Marcela Villanueva Rodriguez | 5/10/2012  4:00:46PM |
| Assignment | EVA Assignment | Marcela Villanueva Rodriguez | 5/10/2012  4:00:46PM |
| Assignment | Release Date Quoted At Assignment | Marcela Villanueva Roddguez | 5/10/2012  4:00:44PM |
| Assignment | Release Pick Up Date Quoted At Assignment | Marcela Villanueva Rodriguez | 5/10/2012  4:00:44PM |
| Assignment | Date of Loss | Marcela Villanueva Rodriguez | 3/8/2012  12:00:00AM |

Salvage Maintenance

| Status Info | stock number 000-09604964 | branch Atlanta | account manager Branch | provider GEICO Insurance - (FOC02) Southe | adjuster Donacik, Jennifer | adjuster phone (770)658-7523 | claim 02425267001010500 | owner Mature, Rosinda | date of loss 03/08/2012 |
|---|---|---|---|---|---|---|---|---|---|
| | alt stock no | process status S/P Paid | | VIN 3MABM1259JR667971 | type Automobile | year 1988 | make MERCURY | model TRACER | license plate |

## Status Info

stock number
[012-29504964]

vehicle status
[Sold]

type
[Branch]

location
[...]

aisle number
[ ]

stall number
[ ]

assigned date
[04-10-2012]

IAA admin branch
[Atlanta]

contract info
[ ]

agreement type
[Consignment Sales]

rate sheet ID
[ ]

rate group criteria ID
[ ]

## Provider Info

company
[...GEICO Insurance - FOC02 Southern...]    [ ]   [ ]

handler first name
[...]

handler last name
[...]

preferred method
[Summary Email ▼]

phone
[...]

ext
[ ]

e-mail
[...]

Inspection Service Level
[ ▼]

## Claim Info

claim number
[02425267001010500]

policy number
[ ]

date of loss
[03/08/2012]

ACV
$[ ]

ECR
$[ ]

minimum bid
$[ ]

call
[No ▼]

SPB
[ ▼]

priority tow
[No ▼]

VIC
[ ▼]

FastTrack
[ ▼]

FT status
[ ]

claim key
[ ]

## Vehicle Info

VIN
[3MABM1259JR667971]

type
[Automobile]

sub type
[ ]

year
[1988]

make
[MERCURY]

model
[TRACER]

exterior color
[ ▼]

series
[ ]

body style
[HATCHBACK 4 DOOR]

PA payment type
[ ▼]

[ ]

origin
[ ▼]

loss type
[Collision ▼]

primary damage
[Unknown ▼]

secondary damage
[ ▼]

odometer
[ ]

keys
[Present ▼]

state
[(None) ▼]

plates
[ ]

vehicle damage
[ ]

## Owner Info

type
[Person ▼]

owner first name
[Rosinda]

owner last name
[Mature]

primary phone
[(404)492-2198]

ext
[ ]

secondary phone
[ ]

ext
[ ]

e-mail
[ ]

policy holder
[Yes ▼]

insured first name
[Rosinda]

insured last name
[ ]

## Title Info

title number
[ ]

title received
[ ]

state/type/brand
[ ]

sale doc #
[ ]

received
[ ]

state/type/brand
[ ]

## BidFast Info

BidFast bid
$[ ]

bid date
[ ]

bid expiration
[ ]

contract price
[ ]

## Estimate

| Date | Estimate Type | Event | Source | Estimate Amount |
|---|---|---|---|---|
| | | | | |

## Sale Info

anticipated auction date
[ ]

actual auction date
[ ]

auction lane
[ ]

sale item #
[ ]

# of rerun
[ ]

I-Buy Fast
NO

buyer ID
[ ]

buyer
[ ]

sale date
[ ]

sale amount
$[ ]

earliest sale date
[ ]

[Submit]  [Reset]



INSURANCE
AUTO AUCTIONS

Insurance Auto Auctions, Inc.
Attn: Settlement Group
P.O Box 159
Loganville, GA 300524814
Phone:    (770) 784-5767
Fax:      (770) 787-4168
E-mail:   IAA_ASAP_Atlanta@iaai.com

## Salvage Information

| | |
|---|---|
| IAA Stock #: | 000-09604964 |
| IAA Branch: | Atlanta |
| Fed. Tax I.D. | 954455113 |
| Adjuster: | Jennifer Donacik |
| Insured: | Rosinda Matute |
| Owner: | Rosinda Matute |
| Claim #: | 0242526700101050 |
| Policy #: | |
| Vehicle: | 1988 MERCURY TRACER |
| Damage: | Unknown/ |
| VIN: | 3MABM1259JR667971 |
| ACV: | $0.00 |
| NICB Date: | N/A |

**DEFICIT INVOICE: S1124485695**
**INVOICE DATE: 05/07/2012**
Payment Due Date : 5/22/2012

Invoice To:
GEICO Insurance Company
One GEICO Center
Macon, GA 31296
Attn: Salvage Dept

| Account of Sale | Total Activity | % ACV |
|---|---|---|
| | $0.00 | 0.00 |
| **IAA Charges** | | |
| Dry Run | $16.45 | 0.00 |
| Fuel Surcharge | $0.00 | 0.00 |
| Cancellation Fee | $0.00 | 0.00 |
| Storage Fee | $0.00 | 0.00 |
| Less IAA Charges | ($16.45) | 0.00 |
| Net IAA Return | ($16.45) | 0.00 |
| **Amount Due to IAA** | **($16.45)** | **0.00%** |

For proper credit, include invoice number :
S1124485695 and stock number: 000-09604964 on
your payment check.

## Buyer Information

.

.

## Elapsed Days Analysis

| Date of Event: | Date | Days |
|---|---|---|
| Loss | 3/8/2012 | -- |
| Assigned | 4/16/2012 | 40 |
| Released | 4/26/2012 | 11 |
| Pickup | N/A | 0 |
| Title Rec'd | N/A | 0 |
| Sale Doc. Rec'd | N/A | 0 |
| Sale Date | 4/30/2012 | 0 |
| Buyer Payment | N/A | 0 |
| Invoice | 5/7/2012 | 8 |
| **Elapsed Total Days:** | | **61** |

IAA Doc. RP002f.rpt

# Trevin Dry run Receipt

**Date:**  5/1/2012

**Stock Number:**  9604964

**Driver Name:** Virgil

**Fee:**  16.45+1.21

Chamblee

<IAAI TOW 9908109#25058128 TOWDOCH>
Stock#:9604964 Transport Vendor Requirements

Username: CMLAWFIRM\mharvey

**IAA INSURANCE AUTO AUCTIONS**

| Pick Up From: | Stock #: 9604964 | Deliver To: | IAA Tow Bill - (A) 10512759 |
|---|---|---|---|
| Matute, Residence | | Atlanta | |
| 3207 Henderson Mill Rd, | | 125 Old Highway 138, | |
| Chambico, GA 30341 | | Loganville, GA 30052 | |
| County: De Kalb | | County: Walton | |
| (404) 492-2198 | | (770) 784-57G | |

### TOWER INFO

Tower: Trevin Automotive Towing, Inc

Dispatcher: Amber Bates

Tow Zone: 3   Mileage: 36   Towable: No/FWD

Loss Type: Collision

Primary Damage: Unknown

Secondary Damage:

Vehicle: 1988 MERCURY TRACER

Exterior Color:                                Keys: Yes

Assignment Date/Time: 4/16/2012 / 12:31PM

Release Date: 4/26/2012

Dispatch Date/Time: 4/26/2012 / 12:05PM

Pick Up Date/Time: 4/27/2012 / 12:32PM

### PICKUP INFO

Tax Amount

Total                 $ 0.00

Payment Method:

Pay At: 3207 Henderson Mill Rd

Storage Start:

Storage End:

Tower Notes: Release problem Provider Release Problem Resolved through CSA Today: by user (salli) with notes ~ SHT TSALLEY CALL BACK AD JENNIFER THIS VEH IS GEICO OWNED PLZ SEND DRIVER TO PICK UP THE VEHICLE AWARE MAY BE DRY RUN THANKS IAA

Release Contact:

Call First?: No

Blocked In?: No

Reference: 0

<IAAI TOW 9908#09#24863731 TOWDOCK>

### SALVAGE PROVIDER INFO

Provider: GEICO Insurance - (FCC02) Southeast

Adjuster: Jennifer Donocik

Owner: Rosinda Matute

Claim: 0242526700101050

### CHECK IN

Job :   Unit 6 of VIN: 667971                           VIN is:   OK / Missing / Damaged / Altered

Date:   1/26/2016

Time:   8:37:06 AM

Plate #:                                State:                   No. of Plates:                        Exterior Color:

Odometer:                        Actual / Exceeds Mech.Limits / Not Actual / Burnt / Broken / Inoper.Digital / Exempt / Missing

Primary Damage:                         Secondary Damage:                        Condition: C / P / F / B

Starts: Y / N / Jump / Can't Test        Run & Drive: Y / N                       Shrink Wrap: Y / N

| Interior: | | Exterior: | | Other: | |
|---|---|---|---|---|---|
| Radio Face Plate | Y / N | Teardown | Y / N | Keys | P / M / NA |
| Radio | P / M / NA | Headlamps | P / M / NA | Key Fob | P / M / NA |
| CD Player | P / M / NA | Tail Lamps | P / M / NA | Make Keys | Y / N |
| CD Changer | P / M / NA | Decklid/Tailgate | P / M / NA | Front Bumper Covers | Y / N |
| Cassette | P / M / NA | | | Rear Bumper Covers | Y / N |
| DVD Player | P / M / NA | # of Wheels ____ | # of Tires ____ | | |
| DVD Screen | P / M / NA | Wheel Type | Standard / Alloy | Other Missing Parts: | |
| Navigation | P / M / U / NA | | Custom / Missing | | |
| Driver Airbag | D / I / M / N | Spare | P / M / U / NA | Personals: | |
| Passenger Airbag | D / I / M / N | Mechanical: | | | |
| Lt Side Airbag | D / I / M / N | Battery | P / M / D / NA | | |
| Rt Side Airbag | D / I / M / N | Engine | P / M / D / NA | | |
| | | Transmission | P / M / D / NA | | |

Date Of Pick Up:

Time Of Pick Up:                              Shop Initial : _____        Tower Initial : _____

IAA Doc KD050.00

Username: CMLAWFIRM\mharvey



Salvage Notes Report

Stock #: 000-09604964

Branch: #10 #Atlanta

Assigned 04/16/2012 12:31:24PM

Pickup

VIN : 3MABM1269JR667971

Status : S/E Paid

Color :  
Row /Slot :  
Odometer :

Year : 1988  
Make : MERCURY  
Model : TRACER

Plate :  
Loss Type : Collision

Primary Damage : Unknown  
Secondary Damage :

Customer : GEICO Insurance - (FCC02) Southeast  
Claim # :   0242526700101050

Claim Handler : Jennifer Donacik  
Policy #

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | Debbie Bryant | 5/15/2012 8:29:54AM |
| Settlement | Defigit Invoice Paid | Debbie Bryant | 5/15/2012 8:29:54AM |
| Settlement | Final Settlement Ended | BatchOMatic Process | 5/7/2012 1:47:24AM |
| Settlement | Final Settlement Started | BatchOMatic Process | 5/7/2012 1:46:59AM |
| Settlement | Settlement Ended | BatchOMatic Process | 5/7/2012 1:46:52AM |
| Settlement | Settlement Started | BatchOMatic Process | 5/7/2012 1:46:40AM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/4/2012 12:14:23PM |
| Financial | New Charge Added | Kayla Kuhns | 5/4/2012 10:36:08AM |
| Financial | New Charge Added | Kayla Kuhns | 5/4/2012 10:36:07AM |
| Financial | Expense Voucher Created | Kayla Kuhns | 5/4/2012 10:36:03AM |
| Settlement | Settlement Approval - Hold | Sue Switzer | 4/30/2012 4:37:29PM |
| Salvage Provider | OK to cancel per SRT Tanya Salley/Geico until Geico can resolve the release issues | Stephanie Fuller | 4/30/2012 12:37:15PM |
| Financial | Charge Revalued | Stephanie Fuller | 4/30/2012 12:36:52PM |
| Financial | Revalue: reason code 'RCC' | Stephanie Fuller | 4/30/2012 12:36:52PM |
| Financial | Revalue: no contract change | Stephanie Fuller | 4/30/2012 12:36:52PM |
| Vehicle Removal | Picked Up by Provider | Stephanie Fuller | 4/30/2012 12:36:30PM |
| Assignment | Assignment Cancelled | Stephanie Fuller | 4/30/2012 12:36:30PM |
| Financial | New Charge Added | Stephanie Fuller | 4/30/2012 12:36:30PM |
| Financial | New Charge Added | Stephanie Fuller | 4/30/2012 12:36:30PM |
| Financial | Storage Ended | Stephanie Fuller | 4/30/2012 12:36:30PM |

Job : 95  
Date: 1/26/2016  
Time: 8:48:47 AM


iaai.com

Branch: #710 - Atlanta

**Salvage Notes Report**

Stock #: 000-09604964

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 4/16/2012  12:31:21PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 4/26/2012  2:52:59PM | Check-in : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :     0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Assignment | srt tsalley unable to contact owner per doc that driver std this veh at location ok to cancel until resolved emailed amber/iaa | Tanya Salley | 4/30/2012  10:48:56AM |
| Assignment | srt tsalley dry run approved | Tanya Salley | 4/30/2012  10:22:47AM |
| Release Problem | Release Problem Provider Release Problem Updated: Follow Up changed from 04/28/2012 08:00 to 04/30/2012 08:00. | Amber Bates | 4/27/2012  1:02:10PM |
| Release Problem | Release Problem Updated: Release Problem Car Is Not At Facility changed to Release Problem Provider Release Problem. | Amber Bates | 4/27/2012  12:59:16PM |
| Dispatch | Dry Run | Amber Bates | 4/27/2012  10:08:44AM |
| Release Problem | Release Problem Identified | Amber Bates | 4/27/2012  10:08:44AM |
| Release Problem | Release Problem Created - Car Is Not At Facility: | Amber Bates | 4/27/2012  10:08:44AM |
| Dispatch | Dispatch Tower Logged In | Amber Bates | 4/27/2012  10:08:25AM |
| Release | Driver was dispatched to pick up the vehicle, the vehicle cannot be located at this address. Please confirm okay to pay dry run fee and advise we need correct pick up location | Amber Bates | 4/27/2012  10:08:13AM |
| Dispatch | Dispatch Tower Logged Out | Amber Bates | 4/26/2012  2:52:59PM |
| Assignment | ** Veh location: 3707 HENDERSON MILL RD ** Color of veh?  . UNK ** Damages:  .UNK ** Towable?...... UNK ** Vin or plate?...........3MABM1259JR667971 ** Is It Ok to pick up without owner present?  , Y ** Key location?........UNK Other Info: | Tanya Salley | 4/26/2012  12:18:07PM |
| Dispatch | Dispatch Tower | Amber Bates | 4/26/2012  12:05:17PM |
| Dispatch | Dispatch Tower Assigned | Amber Bates | 4/26/2012  12:05:17PM |
| Release | Actual Release Date | Amber Bates | 4/26/2012  12:05:12PM |
| Release | Scheduled Pick Up Date at Release | Amber Bates | 4/26/2012  12:05:12PM |
| Dispatch | Release problem 'Provider Release Problem' resolved through CSAToday; by user tsalley with notes = SRT TSALLEY CALL BACK AD JENNIFER THIS VEH IS GEICO OWNED PLZ SEND DRIVER TO PICK UP THE VEHICLE AWARE MAY BE DRY RUN THANKS IAA | Amber Bates | 4/26/2012  12:05:03PM |
| Assignment | SRT:MJOHNSON CALLED OWNER AT 404-492-2198 NO ANSWER LEFT VOICE MESSAGE FOR RETURN CALL BACK. | Mary Johnson | 4/26/2012  12:04:54PM |
| Release Problem | Release Problem Resolved | Tanya Salley | 4/26/2012  12:02:01PM |


iaai.com

**Salvage Notes Report**

Stock #: 000-09604964

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 4/16/2012 12:31:21PM | DOL : 3/8/2012 12:00:00AM | Status : S/P Paid |
| Pickup : 4/26/2012  2:52:52PM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :     0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release problem 'Provider Release Problem' resolved through CSAToday: by user tsalley with notes = SRT TSALLEY CALL BACK AD JENNIFER THIS VEH IS GEICO OWNED PLZ SEND DRIVER TO PICK UP THE VEHICLE AWARE MAY BE DRY RUN THANKS IAA | Tanya Salley | 4/26/2012  12:02:01PM |
| Assignment | srt tsalley:call back owner no ans left message unable to contact owner | Tanya Salley | 4/25/2012  11:45:39AM |
| Assignment | SRT TSALLEY UNABLE TO CONTACT OWNER | Tanya Salley | 4/24/2012  5:08:15PM |
| Assignment | srt tsalley call back ph no ans | Tanya Salley | 4/24/2012  3:37:47PM |
| Assignment | srt tsalley call back owner no ans left message | Tanya Salley | 4/24/2012  1:50:38PM |
| Release Problem | Release Problem Provider Release Problem Updated: Follow Up changed from 04/24/2012 08:00 to 04/26/2012 08:00. | Terri Metz | 4/24/2012  7:19:33AM |
| Assignment | SRT TSALLEY CALL BACK OWNER NO ANS | Tanya Salley | 4/23/2012  3:15:49PM |
| Release Problem | Release Problem Provider Release Problem Updated: Follow Up changed from 04/18/2012 08:00 to 04/24/2012 08:00. | Terri Metz | 4/23/2012  8:27:51AM |
| Assignment | SRT: UNABLE TO SEND OWNER A CONTACT LETTER... | Leila Sims | 4/20/2012  7:53:09AM |
| Assignment | SRT: CALLED ADJUSTER TO ADVISE OF RELEASE ISSUE.... WILL SEND CONTACT LETTER ... | Leila Sims | 4/20/2012  7:31:00AM |
| Assignment | SRT: CALLED OWNER 770 895 3778,(404) 492-2198 NO ANSWER LEFT MESSAGES ON BOTH WILL FOLLOW UP.... | Leila Sims | 4/20/2012  7:20:32AM |
| Assignment | SRT: CALLED OWNER 770 895 3778,(404) 492-2198 NO ANSWER LEFT MESSAGES ON BOTH WILL FOLLOW UP.... | Leila Sims | 4/19/2012  7:53:03AM |
| Release Problem | Release Problem Updated: Release Problem Unable to Contact Owner changed to Release Problem Provider Release Problem. | Amber Bates | 4/17/2012  12:25:43PM |
| Release | Wail call back left message for owner, forwarded to lisa huffman with geico for assistnace | Amber Bates | 4/17/2012  12:25:38PM |
| Salvage Provider | left a voice mail for the owner to call us back regarding the pick up of her vehicle | Stephanie Fuller | 4/17/2012  12:13:02PM |
| Release Problem | Release Problem Created : Unable to Contact Owner | Amber Bates | 4/16/2012  1:29:22PM |
| Release Problem | Release Problem Identified | Amber Bates | 4/16/2012  1:29:22PM |
| Release | Wail call back left message for owner | Amber Bates | 4/16/2012  1:29:17PM |


**iaai.com**

**Salvage Notes Report**

**Stock #: 000-09604964**

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 4/16/2012  12:31:21PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 4/26/2012  2:52:59PM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :     0242526700101050 | |
| Claim Handler : Jennifer Donack | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Assignment | CSAToday(EVA) Assignment) : 4/16/2012 12:31 PM CT by mhendrix; SP Office : GEICO Insurance - (FCC02) Southeast; Dest Branch: Atlanta - GA  ( 710 ); Claim Number : 0242526700101050;  Date of Loss : 03/06/2012; Vehicle to be inspected at IAA? [VIC/Early Tow] : N;   Interested Party Number : 02;  Has the Vehicle been identified as Junk : No:  Is owner a business? : N;  Owner Last Name : Matule;  Owner First Name : Rosinda; Best Contact Number : 4044922198;  Policy Holder First Name : Rosinda; Policy Holder Last Name : Matute;  Is Owner the Policy Holder/Insured? : Y; VIN Number : 3MABM1259JR667971;  Vehicle Type : Automobile;  Vehicle Year : 1988;  Vehicle Make : MERCURY;  Vehicle Model : TRACER;  Loss Type : Collision;  Where is the vehicle? : Pickup at Residence;  Location Name : Matute - Residence;  Location Address 1 : 3207 Henderson Mill Rd; Location City : Chamblee;  Location State : GA;  Location Zip : 30341; Location Country : US;  Location Phone Number : 4044922198;  LocationId : 0;  Keys with vehicle? : Y;  Is vehicle ready for pickup today? : Y;  Date for Pickup : 04/16/2012; | Michelle Hendrix | 4/16/2012  12:31:21PM |
| Assignment | CSAToday External Assignment | Michelle Hendrix | 4/16/2012  12:31:21PM |
| Assignment | Date of Assignment | Michelle Hendrix | 4/16/2012  12:31:21PM |
| Assignment | Date of Standard Assignment | Michelle Hendrix | 4/16/2012  12:31:12PM |
| Assignment | EVA Assignment | Michelle Hendrix | 4/16/2012  12:31:12PM |
| Assignment | Release Date Quoted At Assignment | Michelle Hendrix | 4/16/2012  12:31:10PM |
| Assignment | Release Pick Up Date Quoted At Assignment | Michelle Hendrix | 4/16/2012  12:31:10PM |
| Assignment | Date of Loss | Michelle Hendrix | 3/8/2012  12:00:00AM |

Salvage Maintenance

**Status Info**

| Status Info | stock number 000-09673869 | branch Atlanta | account manager Branch | provider GEICO Insurance - (PCC02) Southe | adjustor Donacik. Jennifer | adjustor phone (770)658-7523 | claim 0242526700101050 | owner Matute, Rosinda | date of loss 03/08/2012 |
|---|---|---|---|---|---|---|---|---|---|
| | alt stock no | process status S/P Paid | | VIN 3MASM1259JR667971 | type Automobile | year 1988 | make MERCURY | model TRACER | license plate |

**Status Info**
- stock number
- vehicle status
- type
- location
- aisle number
- stall number
- assigned date
- IAA admin branch
- contract info
- agreement type
- rate sheet ID
- rate group criteria ID

**Vehicle Info**
- VIN
- type
- sub type
- year, make, model, exterior color: White
- series, body style, PA payment type
- origin
- loss type: Collision
- primary damage: Unknown
- secondary damage
- odometer, keys: Present, state: (None), plates
- vehicle damage

**Estimate**

| Date | Estimate Type Event | Source | Estimate Amount |
|---|---|---|---|

**Provider Info**
- company
- handler first name, handler last name, preferred method
- phone, ext, e-mail, Inspection Service Level

**Claim Info**
- claim number: 0242526700101050
- policy number
- date of loss: 03/08/2012
- ACV $, ECR $, minimum bid $, call: No
- SPE, priority tow: No, VIC, FastTrack, PT status
- claim key

**Owner Info**
- type: Person, owner first name: Rosinda, owner last name: Matute
- primary phone: (706)351-5147, ext, secondary phone, ext, e-mail
- policy holder: Yes, insured first name, insured last name

**Title Info**
- title number, title received, state/type/brand
- sale doc #, received, state/type/brand

**BidFast Info**
- BidFast bid $, bid date, bid expiration, contract price

**Sale Info**
- anticipated auction date, actual auction date, auction lane, sale item #, # of return, I-Buy Fast: No
- buyer ID, buyer, sale date, sale amount $
- earliest sale date



**INSURANCE AUTO AUCTIONS**

Insurance Auto Auctions, Inc.
Attn: Settlement Group
P.O Box 159
Loganville, GA 300524814
Phone:    (770) 784-5767
Fax:      (770) 787-4168
E-mail:   IAA_ASAP_Atlanta@iaai.com

## Salvage Information

| | |
|---|---|
| IAA Stock #: | 000-09673869 |
| IAA Branch: | Atlanta |
| Fed. Tax I.D. | 954455113 |
| Adjuster: | Jennifer Donacik |
| Insured: | Rosinda Matute |
| Owner: | Rosinda Matute |
| Claim #: | 0242526700101050 |
| Policy #: | |
| Vehicle: | 1988 MERCURY TRACER |
| Damage: | Unknown/ |
| VIN: | 3MABM1259JR667971 |
| ACV: | $0.00 |
| NICB Date: | N/A |

**DEFICIT INVOICE: S1124607488**
**INVOICE DATE: 05/15/2012**
**Payment Due Date : 5/30/2012**

Invoice To:
GEICO Insurance Company
One GEICO Center
Macon, GA 31296
Attn: Salvage Dept

| Account of Sale | Total Activity | % ACV |
|---|---|---|
| | $0.00 | 0.00 |
| **IAA Charges** | | |
| Dry Run | $16.45 | 0.00 |
| Fuel Surcharge | $0.00 | 0.00 |
| Cancellation Fee | $0.00 | 0.00 |
| Storage Fee | $0.00 | 0.00 |
| Less IAA Charges | ($16.45) | 0.00 |
| Net IAA Return | ($16.45) | 0.00 |
| **Amount  Due to IAA** | **($16.45)** | **0.00%** |

For proper credit, include invoice number :
S1124607488 and stock number: 000-09673869 on
your payment check.

## Buyer Information

## Elapsed Days Analysis

| Date of Event: | Date | Days |
|---|---|---|
| Loss | 3/8/2012 | -- |
| Assigned | 5/2/2012 | 56 |
| Released | 5/3/2012 | 2 |
| Pickup | N/A | 0 |
| Title Rec'd | N/A | 0 |
| Sale Doc. Rec'd | N/A | 0 |
| Sale Date | 5/4/2012 | 0 |
| Buyer Payment | N/A | 0 |
| Invoice | 5/15/2012 | 12 |
| **Elapsed Total Days:** | | **69** |

IAA Doc. RP002f.rpt

# Trevin Dry run Receipt

Date:    5/10/2012

Stock Number:    9673869

Driver Name:  Nick

Fee:    16.45+1.21

Chamblee

<IAAI TOW 9977582#25145646 TOWDOCX>
Stock#9673869 Transport Vendor Requirements

**IAA INSURANCE AUTO AUCTIONS**

Pick Up From:
Matute - Residence
3207 Henderson Mill Road,
Chamblee, GA 30341
County: De Kalb
(706) 351-5147

Stock #: 9673869

Deliver To:
Atlanta
125 Old Highway 138,
Loganville, GA 30052
County:  Walton
(770) 784-5767

IAA Tow Bill - (A) 10585451

## TOWER INFO

Tower: Trevin Automotive Towing, Inc
Dispatcher: Kayla Kuhns
Tow Zone: 3       Mileage: 36       Towable: Yes/FWD
Loss Type: Collision
Primary Damage: Unknown
Secondary Damage:

Vehicle: 1988 MERCURY TRACER
Exterior Color: White                    Keys: Yes
Assignment Date/Time: 5/2/2012 / 3:51PM
Release Date: 5/3/2012
Dispatch Date/Time: 5/3/2012 / 8:16AM
Pick Up Date/Time: 5/4/2012 / 3:52PM

## PICKUP INFO

Tax Amount

Total                    $ 0.00

Payment Method:
Pay At: 3207 Henderson Mill Road
Storage Start:
Storage End:

Release Contact: Paul
Call First?: No
Blocked In?: No
Reference: 0

Tower Notes: AS PER OWNER OKAY TO PICK UP TOMORROW 5-4-12 BETWEEN 12-5. ADDRESS VERIFIED.APARTMENT COMPLEX NAME: LES SARDINESS. OWNER STATES WHITE VEHICLE IS PARKED IN FRONT OF BUILDING S APT S2. SHE STATES SHE WILL LEAVE KEY UNDER DRIVER SEAT. NO FLAT TIRES. OWNER HAD A STRONG ACCENT SO NAME OF COMPLEX MAY BE OFF ALTHOUGH I ASKED HER TO SPELL IT OUT FOR

<IAAI  TOW 9977582#25043908 TOWDOCT>

## SALVAGE PROVIDER INFO

Provider: GEICO Insurance - (FCC02) Southeast
Adjuster: Jennifer Donacik

Owner: Rosinda Matute
Claim: 0242526700101050

## CHECK IN

Last 6 of VIN: 667971                    VIN is:   OK / Missing / Damaged / Altered

Plate #:                                 State:              No. of Plates:              Exterior Color:
Odometer:                                Actual / Exceeds Mech.Limits / Not Actual / Burnt / Broken / Inoper.Digital / Exempt / Missing
Primary Damage:                          Secondary Damage:                               Condition:  C / P / F / B
Starts:  Y / N / Jump / Can't Test       Run & Drive:  Y / N                             Shrink Wrap:  Y / N

| Interior: | | Exterior: | | Other: | |
|---|---|---|---|---|---|
| Radio Face Plate | Y / N | Teardown | Y / N | Keys | P / M / NA |
| Radio | P / M / NA | Headlamps | P / M / NA | Key Fob | P / M / NA |
| CD Player | P / M / NA | Tail Lamps | P / M / NA | Make Keys | Y / N |
| CD Changer | P / M / NA | Decklid/Tailgate | P / M / NA | Front Bumper Covers | Y / N |
| Cassette | P / M / NA | | | Rear Bumper Covers | Y / N |
| DVD Player | P / M / NA | # of Wheels ___ # of Tires ___ | | | |
| DVD Screen | P / M / NA | Wheel Type | Standard / Alloy | Other Missing Parts: | |
| Navigation | P / M / U / NA | | Custom / Missing | | |
| Driver Airbag | D / I / M / N | Spare | P / M / U / NA | Personals: | |
| Passenger Airbag | D / I / M / N | Mechanical: | | | |
| Lt Side Airbag | D / I / M / N | Battery | P / M / D / NA | | |
| Rt Side Airbag | D / I / M / N | Engine | P / M / D / NA | | |
| | | Transmission | P / M / D / NA | | |

Date Of Pick Up:
Time Of Pick Up:                    Shop Initial : _____        Tower Initial : _____

IAA Doc RP05660



**iaai.com**

**Salvage Notes Report**

Stock #: 000-09673869

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

Assigned : 5/2/2012  3:51:22PM

DOL : 3/8/2012  12:00:00AM

Status : S/P Paid

Pickup : 5/4/2012  10:36:29AM

Check-In :

Auction :

Color : White

Row /Slot :

Odometer :

Year : 1988

Make : MERCURY

Model : TRACER

Plate :

Loss Type : Collision

Primary Damage : Unknown

Secondary Damage :

Customer : GEICO Insurance - (FCC02) Southeast

Claim # :        0242626700101050

Claim Handler : Jennifer Donacik

Policy #

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | Debbie Bryant | 5/22/2012  10:06:10AM |
| Settlement | Deficit Invoice Paid | Debbie Bryant | 5/22/2012  10:06:10AM |
| Settlement | Final Settlement Ended | BatchOMatic Process | 5/16/2012  1:48:56AM |
| Settlement | Final Settlement Started | BatchOMatic Process | 5/15/2012  1:48:37AM |
| Settlement | Settlement Ended | BatchOMatic Process | 5/16/2012  1:48:32AM |
| Settlement | Settlement Started | BatchOMatic Process | 5/15/2012  1:48:25AM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:22:03PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:21:34PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:19:35PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:16:18PM |
| Financial | New Charge Added | Kayla Kuhns | 5/14/2012  9:08:31AM |
| Financial | New Charge Added | Kayla Kuhns | 5/14/2012  9:08:31AM |
| Financial | Expense Voucher Created | Kayla Kuhns | 5/14/2012  9:08:15AM |
| Settlement | Settlement Approval - Hold | Sue Switzer | 5/7/2012  11:12:36AM |
| Financial | Charge Revalued | Stephanie Fuller | 5/4/2012  3:13:56PM |
| Financial | Revalue: reason code 'RCC' | Stephanie Fuller | 5/4/2012  3:13:56PM |
| Financial | Revalue: no contract change | Stephanie Fuller | 5/4/2012  3:13:56PM |
| Vehicle Removal | Picked Up by Provider | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Assignment | Assignment Cancelled | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Financial | New Charge Added | Stephanie Fuller | 5/4/2012  3:13:50PM |



iaai.com

Branch: #710 - Atlanta

**Salvage Notes Report**

**Stock #: 000-09673869**

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 6/2/2012  3:51:22PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 5/4/2012  10:36:29AM | Check-in : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :        0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Financial | New Charge Added | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Financial | Storage Ended | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Dispatch | Dry Run | Amber Bates | 5/4/2012  3:12:22PM |
| Release Problem | Release Problem Identified | Amber Bates | 5/4/2012  3:12:22PM |
| Release Problem | Release Problem Created - Cancellation Requested: | Amber Bates | 5/4/2012  3:12:22PM |
| Dispatch | Dispatch Tower Logged In | Amber Bates | 5/4/2012  3:12:04PM |
| Salvage Provider | OWNERS NUMBER HAS BEEN DISCONNECTED SINCE SPEAKING WITH HER YESTERDAY. AS PER JENNIFER DONACIK DRY RUN OF 47 IS APPROVED AND PLEASE CANCEL THIS ASSIGNMENT. | Kayla Kuhns | 5/4/2012  2:16:42PM |
| Release | Driver is at location now, the vehicle is not at this location, this is 2nd time we have sent a driver to pick up vehicle, the other stock is 9804964. The driver is sitting directly in front of building that owner gave and has also driven around the complex but vehicle is not there. Attempted to reach owner, no answer. Spoke with Kayla Kuhns at IAA, driver is waiting to be advised of what he needs to do. Dry run fee is 47.00 | Amber Bates | 5/4/2012  2:09:38PM |
| Dispatch | Dispatch Tower Logged Out | Amber Bates | 5/4/2012  10:36:29AM |
| Dispatch | Dispatch Tower | Kayla Kuhns | 5/3/2012  8:16:10AM |
| Dispatch | Dispatch Tower Assigned | Kayla Kuhns | 5/3/2012  8:16:10AM |
| Dispatch | AS PER OWNER OKAY TO PICK UP TOMORROW 5-4-12 BETWEEN 12-5. ADDRESS VERIFIED.APARTMENT COMPLEX NAME: LES SARDINESS. OWNER STATES WHITE VEHICLE IS PARKED IN FRONT OF BUILDING S APT S2. SHE STATES SHE WILL LEAVE KEY UNDER DRIVER SEAT. NO FLAT TIRES. OWNER HAD A STRONG ACCENT SO NAME OF COMPLEX MAY BE OFF ALTHOUGH I ASKED HER TO SPELL IT OUT FOR ME. | Kayla Kuhns | 5/3/2012  8:16:06AM |
| Dispatch | AS PER OWNER OKAY TO PICK UP TOMORROW 5-4-12 BETWEEN 12-5. ADDRESS VERIFIED. OWNER STATES WHITE VEHICLE IS PARKED IN FRONT OF BUILDING S APT S2. SHE STATES SHE WILL LEAVE KEY UNDER DRIVER SEAT. NO FLAT TIRES. | Kayla Kuhns | 5/3/2012  8:03:54AM |
| Release | Actual Release Date | Kayla Kuhns | 5/3/2012  7:57:05AM |
| Release | Scheduled Pick Up Date at Release | Kayla Kuhns | 5/3/2012  7:57:05AM |


iaai.com

**Salvage Notes Report**

Stock #: 000-09673869

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

Assigned : 5/2/2012  3:51:22PM

DOL : 3/8/2012  12:00:00AM

Status : S/P Paid

Pickup : 5/4/2012  10:38:29AM

Check-in :

Auction :

Color : White

Row /Slot :

Odometer :

Year : 1988

Make : MERCURY

Model : TRACER

Plate :

Loss Type : Collision

Primary Damage : Unknown

Secondary Damage :

Customer : GEICO Insurance - (FCC02) Southeast

Claim # :          0242526700101050

Claim Handler : Jennifer Donacik

Policy #

| Category | Note | By | Date / Time |
|---|---|---|---|
| Assignment | CSAToday(EVA) Assignment) : 5/2/2012 3:51 PM CT by bchatman; SP Office : GEICO Insurance - (FCC02) Southeast; Dest Branch: Atlanta - GA  ( 710 ); Claim Number : 0242526700101050;  Date of Loss : 03/08/2012;  Vehicle to be inspected at IAA? [VIC/Early Tow] : N;  Interested Party Number : 02; Has the Vehicle been Identified as Junk : No;  Is owner a business? : N; Owner Last Name : Matute;  Owner First Name : Rosinda;  Best Contact Number : 7063515147;  Policy Holder First Name : Rosinda;  Policy Holder Last Name : Matute;  Is Owner the Policy Holder/Insured? : Y;  VIN Number : 3MABM1259JR667971;  Vehicle Type : Automobile;  Vehicle Year : 1988; Vehicle Make : MERCURY;  Vehicle Model : TRACER;  Loss Type : Collision;  Where is the vehicle? : Pickup at Residence;  Location Name : Matute - Residence;  Location Address 1 : 3207 Henderson Mill Road; Location City : Chamblee;  Location State : GA;  Location Zip : 30341; Location Country : US;  Location Phone Number : 7063515147;  LocationId : 0;  Keys with vehicle? : Y;  Is vehicle ready for pickup today? : Y;  Date for Pickup : 05/02/2012;  Pick Up Instructions : Contact owner before pick up.; | Brittney Chatman | 5/2/2012  3:51:24PM |
| Dispatch | Contact owner before pick up. | Brittney Chatman | 5/2/2012  3:51:24PM |
| Assignment | CSAToday External Assignment | Brittney Chatman | 5/2/2012  3:51:23PM |
| Assignment | Date of Assignment | Brittney Chatman | 5/2/2012  3:51:22PM |
| Assignment | Date of Standard Assignment | Brittney Chatman | 5/2/2012  3:51:16PM |
| Assignment | EVA Assignment | Brittney Chatman | 5/2/2012  3:51:16PM |
| Assignment | Release Date Quoted At Assignment | Brittney Chatman | 5/2/2012  3:51:14PM |
| Assignment | Release Pick Up Date Quoted At Assignment | Brittney Chatman | 5/2/2012  3:51:14PM |
| Assignment | Date of Loss | Brittney Chatman | 3/8/2012  12:00:00AM |



**INSURANCE AUTO AUCTIONS**

Insurance Auto Auctions, Inc.
Attn: Settlement Group
P.O Box 159
Loganville, GA 300524814
Phone:      (770) 784-5767
Fax:        (770) 787-4168
E-mail:     IAA_ASAP_Atlanta@iaai.com

**Salvage Information**

| | |
|---|---|
| IAA Stock #: | 000-10417453 |
| IAA Branch: | Atlanta |
| Fed. Tax I.D. | 954455113 |
| Adjuster: | GEICO GEICO |
| Insured: | GEICO INSURANCE |
| Owner: | GEICO INSURANCE |
| Claim #: | 0242526700101050-02 |
| Policy #: | |
| Vehicle: | 1988 MERCURY TRACER |
| Damage: | Unknown/ |
| VIN: | 3MABM1259JR667971 |
| ACV: | $1,019.00 |
| NICB Date: | N/A |

**DEFICIT INVOICE: S1130188235**
**INVOICE DATE: 05/01/2013**
Payment Due Date : 5/16/2013

Invoice To:
GEICO Insurance – Title Work Only
One GEICO Center
Macon, GA 31296
Attn: Salvage Dept

| Account of Sale | Total Activity | %ACV |
|---|---|---|
| | $0.00 | 0.00 |
| **IAA Charges** | | |
| State/Local Transfer Fee | $18.00 | 1.77 |
| Title Work Only Fee | $15.00 | 1.47 |
| Less IAA Charges | ($33.00) | (3.24) |
| Net IAA Return | ($33.00) | (3.24) |
| **Amount Due to IAA** | **($33.00)** | **(3.24)%** |

For proper credit, include invoice number :
S1130188235 and stock number: 000-10417453 on
your payment check.

**Buyer Information**

.

**Elapsed Days Analysis**

| Date of Event: | Date | Days |
|---|---|---|
| Loss | 3/8/2012 | -- |
| Assigned | 10/26/2012 | 233 |
| Released | N/A | 0 |
| Pickup | N/A | 0 |
| Title Rec'd | 10/26/2012 | 1 |
| Sale Doc. Rec'd | N/A | 0 |
| Sale Date | N/A | 0 |
| Buyer Payment | N/A | 0 |
| Invoice | 5/1/2013 | 188 |
| **Elapsed Total Days:** | | **420** |

IAA Doc. RP002Lrpt

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 3MASM12S9JR667971 | MERCURY | 1988 | 4 DOOR | TRACER | 4 | 04/24/2013 |

| DATE VEHICLE ENTERED TITLE | VEHICLE USED | ODOMETER EXEMPT | PREVIOUS TITLE NBR/STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|
| 10/26/2012   GASOLINE | USED | EXEMPT | 6075861132C4907   /GA | 0 | WHI | 4000761234S4904 |

## OWNER

GEICO INSURANCE
ONE GEICO CENTER
MACON GA 31296-0001

## 1ST LIEN OR SECURITY INTEREST

## 2ND LIEN OR SECURITY INTEREST

## 3RD LIEN OR SECURITY INTEREST

## RELEASE OF LIEN OR SECURITY INTEREST

DATE OF RELEASE   SECURITY INTEREST HOLDER   AUTHORIZED AGENT

1ST LIEN _____ BY _____
2ND LIEN _____ BY _____
3RD LIEN _____ BY _____

16810367

MAIL TO:

INSURANCE AUTO AUCTIONS
PO BOX 159
LOGANVILLE   GA   30052-0159

\* STOLEN/UNRECOVERED

<JAAI TRD S0254969 TTLRCVDOCK>
Stockvr10417453 Title from INV

10417453

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

033017512

STATE REVENUE COMMISSIONER

# GEICO

Government Employees Insurance Company
GEICO General Insurance Company
GEICO Indemnity Company

_____
DATE

TO:    IAA
125 Old Hwy 138, Loganville, GA 30052

RE:    Claim:    0242526700101050-02    Owner:    matula

Vehicle:    1988 mercury tracer    Insured:    watkins

Vin:    3MABM1259JR687971    Date of Loss:    03/08/2012

ACV:    1018.7 Stat No.    stock number 3543320
Base value before tax, title, deductible

Enclosed is a certificate of title on the above salvage which has been properly transferred to our
insurance company on the reverse side of the title. The signature is identical to that shown on the
face of the title. The signature is notarized. The lien has been released and the odometer provision
is completed.

X    Apply for a salvage title in the name of our insurance company. Once the salvage title is
received, you may sell the salvage.

The odometer reading on the vehicle is ___    96842

X    This is the correct odometer reading.

(  )    This reading reflects the actual mileage over 100,000 miles.

(  )    This is not the Correct reading.

(  )    Sell this vehicle for "parts only". Surrender the enclosed title to the Motor Vehicle Unit for
cancellation. Issue a "parts only" bill of sale on our behalf to the purchaser of the salvage.

Yours sincerely,

_____
Adjuster

Shareholders Owned Companies Not Affiliated With The U.S. Government

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
<IAAI TDS 45925062 SUPPORTDOCX>
Stock#:10417459 0242526700101050-02 Cover Letter

# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 3HABH1259JR667971 | MERCURY | 1988 | 4 DOOR | TRACER | 4 | 11/16/2011 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER | PREVIOUS TITLE NBR/STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 11/16/2011 | GASOLINE | USED | EXEMPT | 773284100603002 GA | 0 | WHI | 607588113204907 |

**OWNER**

ROSINDA MATUTE CASTELLANOS
3207 HENDERSON MILL RD
CHAMBLEE GA 30341-6026

MAIL TO:

ROSINDA MATUTE CASTELLANOS
3207 HENDERSON MILL RD
CHAMBLEE GA 30341-6026

**1ST LIEN OR SECURITY INTEREST**

**2ND LIEN OR SECURITY INTEREST**

<IAAI TRS 45925064 TTLRCVDOCI>
Stock#:10417453 8242525700101850-02 Title Rcvd from Salvage Prov
(Front)

**3RD LIEN OR SECURITY INTEREST**

VOID

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

33012715

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

STATE REVENUE COMMISSIONER

33012715

Case 1:16-cv-03756-TWT   Document 27-2   Filed 03/30/17   Page 32 of 34

T/O
REV.
1/06

THIS TITLE MUST BE TRANSFERRED IMMEDIATELY INTO THE NEW OWNER'S NAME. CAUTION: SELLER OR 10 DAYS IMPRISONMENT FOR ACCEPTANCE OF THE VEHICLE IS TAGS. CERTIFICATE OF TITLE ASSIGNED TO BUYER. TAG REGISTRATION MUST BE TRANSFERRED WITHIN 30 DAYS OR OWNER WILL BE SUBJECT TO FINE OF UP TO $100. NEW VEHICLES MUST BE REGISTERED WITHIN 30 DAYS OF THE DATE OF PURCHASE. OWNER MUST COMPLETE ALL SPACES IN FULL. DO NOT USE RED INK. NOTICE: ANY ALTERATION VOIDS THIS TITLE

## ASSIGNMENT AND WARRANTY OF TITLE BY OWNER

**TO BE COMPLETED BY SELLER** and delivered with the vehicle to the purchaser. Effective July 1, 2008, an application for new Certificate of Title must be made by purchaser on the application form and filed within 30 days of date of purchase in order to avoid $10.00 penalty. If the vehicle described hereon is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours. FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment. The undersigned(s) hereby sells, assigns or transfers the vehicle described on the face of this certificate to:

**ALL BLOCKS MUST BE COMPLETED ACCURATELY. SUBMIT SIGNED & NOTARIZED AFFIDAVITS EXPLAINING ANY ERRORS**

PURCHASER'S LEGAL NAME: Geico Insurance

STREET OR R.F.D. NO.: 1 Geico Center

CITY, STATE & ZIP CODE: Macon, GA 31295

COUNTY OF RESIDENCE:

DATE OF SALE/TRANSFER: 10/26/12

"I/we certify to the best of my knowledge that the odometer reading of the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING: Exempt   NO TENTHS

"CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK"

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW:

Transferor's (SELLER'S) Printed Name: Rainda Matute Castellano

Transferor's (SELLER'S) Signature: X

Transferee's (BUYER'S) Printed Name: Geico - T. Jackson

Transferee's (BUYER'S) Signature: X

### DEALER (COMPLETE ALL SPACES IN FULL)   DO NOT USE RED INK

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW. We also warrant this Title and certify that the vehicle described herein has been transferred to the following:

Purchaser's Legal Name:                Purchaser's Address:                County of Residence:

Dealer's Permanent ID Number or Dealer's Master Tag Number:   Unauthorized use may lead to prosecution.   Registered Dealer's Name:

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle, unless one of the following statements is checked."

ODOMETER READING:    NO TENTHS

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   WARNING: ODOMETER DISCREPANCY

Date of Sale/Transfer: __/__/__

Transferor's (SELLER'S) Printed Name:

Transferor's (SELLER'S) Signature: X

Transferee's (BUYER'S) Printed Name:

Transferee's (BUYER'S) Signature: X

Purchaser's Legal Name:                Purchaser's Address:                County of Residence:

Dealer's Permanent ID number or Dealer's Master Tag Number:   Unauthorized use may lead to prosecution.   Registered Dealer's Name:

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING:    NO TENTHS

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   WARNING: ODOMETER DISCREPANCY

Date of Sale/Transfer: __/__/__

Transferor's (SELLER'S) Printed Name:

Transferor's (SELLER'S) Signature: X

Transferee's (BUYER'S) Printed Name:

Transferee's (BUYER'S) Signature: X

Purchaser's Legal Name:                Purchaser's Address:                County of Residence:

Dealer's Permanent ID Number or Dealer's Master Tag Number:   Unauthorized use may lead to prosecution.   Registered Dealer's Name:

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING:    NO TENTHS

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   WARNING: ODOMETER DISCREPANCY

Date of Sale/Transfer: __/__/__

Transferor's (SELLER'S) Printed Name:

Transferor's (SELLER'S) Signature: X

Transferee's (BUYER'S) Printed Name:

Transferee's (BUYER'S) Signature: X

### LIEN OR SECURITY INTEREST

LIEN/SECURITY INTEREST HOLDER'S Name:

LIEN/SECURITY INTEREST HOLDER'S Address:

ATTN: DEALERS AND DISTRIBUTO

<IAAI TRS 45925063 TTLRCVDOCH>
Stock#:104174S3 9242526700101050-02 Title Rcvd from Salvage Prov
(Back)

NOTICE: ANY ALTERATION OR ERASURE VOIDS THIS TITLE



**iaai.com**

**Salvage Notes Report**

Stock #: 000-10417453

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 10/26/2012  1:23:34PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : | Check-In : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Theft | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - Title Work Only | Claim # :     0242526700101050-02 | |
| Claim Handler : GEICO GEICO | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | Great Plains | 5/15/2013  9:14:01AM |
| Settlement | Deficit Invoice Paid | Great Plains | 5/15/2013  9:14:01AM |
| Settlement | Final Settlement Ended | BatchOMatic Process | 5/1/2013  1:43:48AM |
| Settlement | Final Settlement Started | BatchOMatic Process | 5/1/2013  1:43:24AM |
| Settlement | Settlement Ended | BatchOMatic Process | 5/1/2013  1:43:18AM |
| Settlement | Settlement Started | BatchOMatic Process | 5/1/2013  1:43:07AM |
| Settlement | Settlement Approval - Final | Stephanie Fuller | 4/30/2013  11:06:59AM |
| Title Transfer | T.W.O. Title Received from DMV | Rebecca Kildahl | 4/29/2013  10:50:20AM |
| Title Transfer | Send necessary documents to Cynthia Bowser with DMV on Tuesday. | Rebecca Kildahl | 4/18/2013  2:22:05PM |
| Title Transfer | Sale Document Applied | Rebecca Kildahl | 4/18/2013  7:20:51AM |
| Title Transfer | Sale Document Applied | Rebecca Kildahl | 4/18/2013  7:20:07AM |
| Title Transfer | Per Casey with Geico a unrecovered theft title should have been applied for, emailed Cynthia Bowser to see if unrecovered theft letter could be sent to her attention to have vehicle. | Rebecca Kildahl | 4/12/2013  1:08:19PM |
| Title Transfer | Per Cynthia Bowser with GA DMV, there is a stolen hold on this vehicle, this is why motor vehicle division is assuming that we were meaning to apply for a stolen unrecovered title. | Rebecca Kildahl | 4/12/2013  1:03:50PM |
| Title Transfer | Emailed Cynthia Bowser with DMV to find out why any additional information is needed from Geico in order to release title, at time of application a MV1S was sent with title, we just need to get a salvage title. | Rebecca Kildahl | 4/10/2013  8:06:45AM |
| Title Transfer | Emailed Trina Dillon with Geico again informing that DMV is needing, Per DMV:  Insurance Auto will need to submit on company letterhead a letter stating when and where the vehicle was stolen from and if the vehicle is still stolen/uncovered in order to release the title.<br>Emailed Casey Lyle with Geico to find out if this was a theft vehicle. | Rebecca Kildahl | 4/2/2013  2:44:36PM |
| Title Transfer | Emailed Trina Dillon with Geico about obtaining required information from Geico to get to DMV. | Rebecca Kildahl | 3/19/2013  3:10:48PM |
| Title Transfer | Emailed Casey Lyle with Geico again about obtaining required information from Geico. | Rebecca Kildahl | 3/13/2013  3:21:54PM |
| Title Transfer | Emailed Casey Lyle with Geico for help getting letterhead with required information that DMV is requiring. | Rebecca Kildahl | 2/22/2013  3:16:22PM |


iaai.com

**Salvage Notes Report**

Stock #: 000-10417453

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 10/26/2012  1:23:34PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : | Check-In : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Theft | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - Title Work Only | Claim # :      0242526700101050-02 | |
| Claim Handler : GEICO GEICO | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Title Transfer | Per DMV:  Insurance Auto will need to submit on company letterhead a letter stating when and where the vehicle was stolen from and if the vehicle is still stolen/uncovered in order to release the title. | Rebecca Kildahl | 2/8/2013  2:48:09PM |
| Title Transfer | Emailed Casey Lyle with Geico to find out if this was a theft vehicle. Emailed GA DMV to get status of title. | Rebecca Kildahl | 2/6/2013  2:56:06PM |
| Title Transfer | Emailed Cynthia Bowser with DMV to check on status of title. | Rebecca Kildahl | 1/16/2013  3:14:23PM |
| Title Transfer | Emailed Cynthia Bowser with DMV to check and see if title has been processed. | Rebecca Kildahl | 1/2/2013  12:02:02PM |
| Financial | New Charge Added | Tracy Jackson | 10/26/2012  2:56:39PM |
| Financial | Expense Voucher Created | Tracy Jackson | 10/26/2012  2:56:39PM |
| Title Transfer | PER CASEY LYLE W/GEICO - WE PUT TITLE IN THEIR NAME EVEN THOUGH WE DO NOT HAVE VEHICLE. FORWARD TO GEICO ONCE RECEIVED. | Tracy Jackson | 10/26/2012  1:26:10PM |
| Title Transfer | Sale Document Applied | Tracy Jackson | 10/26/2012  1:24:32PM |
| Financial | Charge Revalued | Tracy Jackson | 10/26/2012  1:24:08PM |
| Financial | Revalue: no contract change | Tracy Jackson | 10/26/2012  1:24:08PM |
| Financial | Revalue: reason code 'RAC' | Tracy Jackson | 10/26/2012  1:24:08PM |
| Financial | New Charge Added | Tracy Jackson | 10/26/2012  1:24:01PM |
| Title Transfer | All Title Documents Received | Tracy Jackson | 10/26/2012  1:24:01PM |
| Title Transfer | Title from S/P Received | Tracy Jackson | 10/26/2012  1:24:01PM |
| Assignment | Date of Title Work Only Assignment | Tracy Jackson | 10/26/2012  1:23:34PM |
| Assignment | Date of Assignment | Tracy Jackson | 10/26/2012  1:23:34PM |
| Assignment | Date of Loss | Tracy Jackson | 3/8/2012  12:00:00AM |