IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

ROSINDA MATUTE-CASTELLANOS,     §
                                     §
       Plaintiff,                  §
                                       §
vs.                                 §        CIVIL ACTION
                                       §
GEICO INDEMNITY COMPANY,     §        FILE NO. 15 A 55279-E4
JOHN DOE 1, and JOHN DOE 2,     §
                                       §
       Defendants.             §
                                       §

State of Georgia            }
County of DeKalb          }

## AFFIDAVIT OF MIKE MITCHELL

Personally appeared before the undersigned officer duly authorized to administer oaths, MIKE MITCHELL, who, after being duly sworn, deposes and states as follows:

1.

I, MIKE MITCHELL, am over age 21, suffer from no legal disabilities, and I have personal knowledge of the facts stated in this Affidavit and know them to be true and correct.

2.

I am employed by GEICO Indemnity Company as senior investigator for GEICO's Special Investigations Unit.

3.

I was assigned by GEICO to locate a white 1988 Mercury Tracer (VIN 3MABM1259JR667971) (the "vehicle") previously owned by Rosinda Matute-Castellanos ("Matute").

{Firm/201/01537/01232579.DOCX }



STATE COURT OF
DEKALB COUNTY, GA.
2/15/2016 4:56:51 PM
E-FILED
BY: Jewel Hendrix

4.

As part of my duties I learned that Matute was paid $1108.01 by GEICO as full payment for the total loss of the vehicle, that Matute had signed title of the vehicle over to GEICO, and that Matute had agreed to make the vehicle available for pickup by Insurance Auto Auctions.

5.

As part of my investigation I reviewed Insurance Auto Auction's records detailing three failed attempts to retrieve Matute's vehicle at her apartment at 3207 Henderson Mill Road, Atlanta, GA 30341. (A true and correct copy of Insurance Auto Auctions' records are attached here as Exhibit 1.)

6.

Insurance Auto Auctions' records showed their last contact with Matute was on May 3, 2012. Matute agreed to make the vehicle available at 3207 Henderson Mill Road on May 4, 2012, between 12:00 p.m. and 5:00 p.m. The salvage notes report for May 4, 2012 stated the driver could not locate the vehicle at 3207 Henderson Mill Road, or reach Matute by phone. (*See* Ex. 1.)

7.

I attempted to reach Matute by phone multiple times. Matute never returned any of my phone calls.

8.

On May 16, 2012, I canvassed the apartments at 3207 Henderson Mill Road as well as two of Matute's prior addresses (3450 Evans Road and 808 Treehouse Parkway). I could not locate the vehicle at any of these addresses.

{Firm/201/01537/01232579.DOCX }

9.

On May 30, 2012, I interviewed Sheryl Logan-Stith ("Sheryl"), an employee working in the management office of the apartments at 3207 Henderson Mill Road. Sheryl stated the apartment complex did not tow Matute's vehicle. I reviewed the apartment complex's towing log to confirm this information.

10.

On May 31, 2012, I contacted the attorney's office representing Matute to request information regarding the vehicle. I spoke with a legal assistant, Mayra Rubio ("Rubio"). I informed Rubio that if the vehicle was not located, I would report Matute's actions to the police.

11.

Rubio contacted me later that day on May 31, 2012. Rubio claimed that on May 11, 2012, Matute had moved the vehicle to a public parking lot at 3559 Chamblee Tucker Road. Acting on Rubio's advice, Matute reported the vehicle stolen to the DeKalb Police Department on May 31, 2012.

12.

On June 1, 2012, I canvassed the parking lot at 3559 Chamblee Tucker Road. I could not locate the vehicle in the parking lot. After canvasing the parking lot, I spoke with Jonathan Lewis ("Lewis"), a manager at the Kroger Shopping Center located at 3559 Chamblee Tucker Road. Lewis had no record of the vehicle being towed from the parking lot.

13.

On June 4, 2012, I spoke with Rubio regarding the vehicle. Rubio informed me that she was unable to reach Matute or get Matute to return her calls.

14.

On June 7, 2012, I filled an incident report with the Chamblee Police Department. As part of the incident report, I provided a written statement detailing my investigation. (A true and correct copy of my written statement to the Chamblee Police Department is attached here as Exhibit 2.)

15.

I was not involved in the Chamblee Police Department's investigation regarding the vehicle. I did not play any role in the decision to swear out a warrant for Plaintiff's arrest.

16.

I have never met or spoken to Matute. My decision to report Matute's actions to the police was not motived by any personal spite or ill will toward Matute. I reported Matute's actions to the police because the vehicle could not be located, and because I could I not reach Matute by phone or through her attorney.

Further affiant sayeth naught.

_____
MIKE MITCHELL

Sworn to and subscribed before me 2016
this 11ᵗʰ day of FEB , 2015. TRA

_____
Notary Public  STATE OF FLORIDA
COUNTY OF WALTON

My Commission Expires: 09/07/2019

PAMELA R ARCENEAUX
MY COMMISSION # FF915892
EXPIRES September 7, 2019
(407) 398-0153    FloridaNotaryService.com

{Firm/201/01537/01232579.DOCX }

4


iaai.com

**Salvage Notes Report**

Stock #: 000-09543920

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

Assigned : 3/30/2012  12:41:21PM

DOL : 3/8/2012  12:00:00AM

Status : Check Issued

Pickup : 4/2/2012  11:31:50AM

Check-in :

Auction :

Color :

Row /Slot :

Odometer :

Year : 1988

Make : MERCURY

Model : TRACER

Plate :

Loss Type : Collision

Primary Damage : Unknown

Secondary Damage :

Customer : GEICO Insurance - (FCC02) Southeast

Claim # :        0242526700101050

Claim Handler : Jennifer Donaclk

Policy #

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | Sue Switzer | 4/9/2012  10:09:59PM |
| Settlement | Settlement Check Issued | Sue Switzer | 4/9/2012  10:09:59PM |
| Settlement | Final Settlement Ended | Sue Switzer | 4/9/2012  10:09:59PM |
| Settlement | Final Settlement Started | Sue Switzer | 4/9/2012  10:09:58PM |
| Settlement | Settlement Ended | Sue Switzer | 4/9/2012  10:09:58PM |
| Settlement | Settlement Started | Sue Switzer | 4/9/2012  10:09:58PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 4/9/2012  10:09:50PM |
| Financial | Expense Entry Voided | ASAP System | 4/9/2012  1:04:01PM |
| Settlement | Settlement Approval - Hold | Sue Switzer | 4/4/2012  10:41:48PM |
| Salvage Provider | OK to cancel per Lisa Huffman / geico | Stephanie Fuller | 4/4/2012  12:11:09PM |
| Financial | Charge Revalued | Stephanie Fuller | 4/4/2012  12:11:00PM |
| Financial | Revalue: reason code 'RCC' | Stephanie Fuller | 4/4/2012  12:11:00PM |
| Financial | Revalue: no contract change | Stephanie Fuller | 4/4/2012  12:11:00PM |
| Vehicle Removal | Picked Up by Provider | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Assignment | Assignment Cancelled | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Financial | New Charge Added | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Financial | New Charge Added | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Financial | Storage Ended | Stephanie Fuller | 4/4/2012  12:10:55PM |
| Salvage Provider | wait call back left message for owner at new number provided. | Kayla Kuhns | 4/4/2012  12:10:29PM |
| Salvage Provider | as per Vanna this is location for pick up : 3207 Henderson Mill Rd Chamblee, GA 30341 ph: 404 492 2198 | Kayla Kuhns | 4/4/2012  12:08:12PM |


EXHIBIT
1



**iaai.com**

Branch: #710 - Atlanta

**Salvage Notes Report**

Stock #: 000-09543920

VIN : 3MABM1259JR067971

| | | |
|---|---|---|
| Assigned : 3/30/2012 12:41:21PM | DOL : 3/8/2012 12:00:00AM | Status : Check Issued |
| Pickup : 4/2/2012 11:31:50AM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :    0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release Problem Created : Cancellation Requested | Amber Bates | 4/4/2012  9:21:45AM |
| Release Problem | Release Problem Identified | Amber Bates | 4/4/2012  9:21:45AM |
| Release Problem | Release Problem Updated: Release Problem Provider Release Problem changed to Release Problem Cancellation Requested. | Amber Bates | 4/4/2012  9:21:45AM |
| Salvage Provider | as per Jennifer and Lisa Huffman please cancel tow for now | Kayla Kuhns | 4/4/2012  9:10:27AM |
| Assignment | SRT: CALLED OWNER (770) 895-3778 CALL CANNOT BE COMPLETED AS DIALED. CALLED ADJUSTER JENNIFER DONACIK...SHE STATED THAT IS THE ONLY NUMBER THEY HAVE AND TO SUSPEND THE TOW UNTIL WE HEAR FROM THEM. ***PLEASE CANCEL TOW*** | Lisa Huffman | 4/4/2012  9:04:46AM |
| Release Problem | Release Problem Resolved | Lisa Huffman | 4/4/2012  9:04:31AM |
| Release Problem | Release problem 'Car Is Not At Facility' resolved through CSAToday: by user lhuffman with notes = SRT: CALLED OWNER (770) 895-3778 CALL CANNOT BE COMPLETED AS DIALED. CALLED ADJUSTER JENNIFER DONACIK...SHE STATED THAT IS THE ONLY NUMBER THEY HAVE AND TO SUSPEND THE TOW UNTIL WE HEAR FROM THEM. ***PLEASE CANCEL TOW*** | Lisa Huffman | 4/4/2012  9:04:31AM |
| Release Problem | Release Problem Resolved | Lisa Huffman | 4/4/2012  9:04:31AM |
| Release Problem | Release problem 'Provider Release Problem' resolved through CSAToday: by user lhuffman with notes = SRT: CALLED OWNER (770) 895-3778 CALL CANNOT BE COMPLETED AS DIALED. CALLED ADJUSTER JENNIFER DONACIK...SHE STATED THAT IS THE ONLY NUMBER THEY HAVE AND TO SUSPEND THE TOW UNTIL WE HEAR FROM THEM. ***PLEASE CANCEL TOW*** | Lisa Huffman | 4/4/2012  9:04:31AM |
| Salvage Provider | emailed to Jennifer Donacik and Lisa Huffman for resolution | Kayla Kuhns | 4/4/2012  9:01:28AM |
| Release Problem | Release Problem Created : Provider Release Problem | Kayla Kuhns | 4/4/2012  8:59:54AM |
| Release Problem | Release Problem Identified | Kayla Kuhns | 4/4/2012  8:59:54AM |
| Release Problem | Release Problem Car Is Not At Facility Updated: Follow Up changed from 04/04/2012 08:00 to 04/05/2012 08:00. | Kayla Kuhns | 4/4/2012  8:59:54AM |
| Release | Please forward to Geico Provider Release team | Amber Bates | 4/4/2012  7:21:00AM |
| Salvage Provider | as per Jennifer with Geico dry run is okay to pay | Kayla Kuhns | 4/3/2012  12:48:23PM |
| Salvage Provider | as per Jennifer this is the phone number for owner:  770 895 3778 | Kayla Kuhns | 4/3/2012  12:47:56PM |



**iaai.com**

Branch: #710 - Atlanta

Salvage Notes Report

Stock #: 000-09543920

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 3/30/2012  12:41:21PM | DOL : 3/8/2012  12:00:00AM | Status : Check Issued |
| Pickup : 4/2/2012  11:31:50AM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :      0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release Problem Car Is Not At Facility Updated: Follow Up changed from 04/03/2012 08:00 to 04/04/2012 08:00. | Kimberly Knox | 4/3/2012  11:56:22AM |
| Salvage Provider | left message for adjuster jennifer Donacik in regards to a correct location for vehicle. | Kimberly Knox | 4/3/2012  11:55:17AM |
| Release | Wait correct pick up location and okay to pay dry run fee of 47.00 | Amber Bates | 4/3/2012  10:07:30AM |
| Dispatch | Dry Run | Amber Bates | 4/2/2012  2:17:36PM |
| Release Problem | Release Problem Identified | Amber Bates | 4/2/2012  2:17:36PM |
| Release Problem | Release Problem Created - Car Is Not At Facility: | Amber Bates | 4/2/2012  2:17:36PM |
| Dispatch | Dispatch Tower Logged In | Amber Bates | 4/2/2012  2:17:23PM |
| Release | Driver is at this location now, vehicle is not there. Attempted to reach owner, contact number is not a working number, left message for adjuster, driver spoke with office, and they knew nothing of this vehicle, nor would they confirm if it had been impounded by office | Amber Bates | 4/2/2012  2:17:15PM |
| Dispatch | Dispatch Tower Logged Out | Amber Bates | 4/2/2012  11:31:50AM |
| Dispatch | Dispatch Tower | Amber Bates | 4/2/2012  7:56:41AM |
| Dispatch | Dispatch Tower Assigned | Amber Bates | 4/2/2012  7:55:41AM |
| Release | Actual Release Date | Amber Bates | 4/2/2012  7:55:34AM |
| Release Problem | Release Problem Resolved : Future Release Date | Amber Bates | 4/2/2012  7:55:34AM |
| Release Problem | Release Problem Resolved | Amber Bates | 4/2/2012  7:55:34AM |
| Release Problem | Release Problem Future Release Date Updated: Follow Up changed from 04/02/2012 08:00 to 04/02/2012 07:55. | Amber Bates | 4/2/2012  7:55:34AM |
| Release | Scheduled Pick Up Date at Release | Amber Bates | 4/2/2012  7:55:23AM |
| Assignment | Release Date Quoted At Assignment | Donald Aplin | 4/2/2012  12:00:00AM |
| Assignment | Release Pick Up Date Quoted At Assignment | Donald Aplin | 4/2/2012  12:00:00AM |
| Release Problem | Release Problem Future Release Date Updated: Follow Up changed from 03/31/2012 08:00 to 04/02/2012 08:00. | Amber Bates | 3/30/2012  1:17:27PM |
| Release Problem | Release Problem Created : Future Release Date | Amber Bates | 3/30/2012  12:45:34PM |



iaai.com

Branch: #710 - Atlanta

Salvage Notes Report

Stock #: 000-09543920

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 3/30/2012 12:41:21PM | DOL : 3/8/2012 12:00:00AM | Status : Check Issued |
| Pickup : 4/2/2012 11:31:50AM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :      0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release Problem Identified | Amber Bates | 3/30/2012 12:45:34PM |
| Assignment | CSAToday External Assignment | Donald Aplin | 3/30/2012 12:41:22PM |
| Assignment | CSAToday(EVA) Assignment) : 3/30/2012 12:41 PM CT by daplin; SP Office : GEICO Insurance - (FCC02) Southeast; Dest Branch: Atlanta - GA  ( 710 ); Claim Number : 0242526700101050;  Date of Loss : 03/08/2012;  Vehicle to be Inspected at IAA? [VIC/Early Tow] : N;  Interested Party Number : 02; Has the Vehicle been Identified as Junk : No;  Is owner a business? : N; Owner Last Name : Matute;  Best Contact Number : (770) 895-3778;  Policy Holder Last Name : Matute;  Is Owner the Policy Holder/Insured? : Y;  VIN Number : 3MABM1259JR667971;  Vehicle Type : Automobile;  Vehicle Year : 1988;  Vehicle Make : MERCURY;  Vehicle Model : TRACER;  Loss Type : Collision;  Where Is the vehicle? : Pickup at Residence;  Location Name : Matute - Residence;  Location Address 1 : 3207 Henderson Mill Rd Apt S2; Location City : Chamblee;  Location State : GA;  Location Zip : 30341; Location Country : US;  Location Phone Number : (770) 895-3778; LocationId : 0;  Keys with vehicle? : Y;  Is vehicle ready for pickup today? : N;  Date for Pickup : 04/02/2012;  Pick Up Instructions : No owner contact necessary.no charges keys under door mat; | Donald Aplin | 3/30/2012 12:41:22PM |
| Dispatch | No owner contact necessary.no charges keys under door mat | Donald Aplin | 3/30/2012 12:41:22PM |
| Assignment | Date of Assignment | Donald Aplin | 3/30/2012 12:41:21PM |
| Assignment | Date of Standard Assignment | Donald Aplin | 3/30/2012 12:41:17PM |
| Assignment | EVA Assignment | Donald Aplin | 3/30/2012 12:41:17PM |
| Assignment | Date of Loss | Donald Aplin | 3/8/2012 12:00:00AM |



**iaai.com**

Branch: #710 - Atlanta

**Salvage Notes Report**

Stock #: 000-09604964

VIN : 3MABM1259JR667971

Assigned : 4/16/2012  12:31:21PM

DOL : 3/8/2012  12:00:00AM

Status : S/P Paid

Pickup : 4/28/2012  2:52:59PM

Check-in :

Auction :

Color :

Row /Slot :

Odometer :

Year : 1988

Make : MERCURY

Model : TRACER

Plate :

Loss Type : Collision

Primary Damage : Unknown

Secondary Damage :

Customer : GEICO Insurance - (FCC02) Southeast

Claim # :         0242526700101050

Claim Handler : Jennifer Donacik

Policy #

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | Debbie Bryant | 5/15/2012  8:29:54AM |
| Settlement | Deficit Invoice Paid | Debbie Bryant | 5/15/2012  8:29:54AM |
| Settlement | Final Settlement Ended | BatchOMatic Process | 5/7/2012  1:47:24AM |
| Settlement | Final Settlement Started | BatchOMatic Process | 5/7/2012  1:46:59AM |
| Settlement | Settlement Ended | BatchOMatic Process | 5/7/2012  1:46:52AM |
| Settlement | Settlement Started | BatchOMatic Process | 5/7/2012  1:46:40AM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/4/2012  12:14:23PM |
| Financial | New Charge Added | Kayla Kuhns | 5/4/2012  10:36:08AM |
| Financial | New Charge Added | Kayla Kuhns | 5/4/2012  10:36:07AM |
| Financial | Expense Voucher Created | Kayla Kuhns | 5/4/2012  10:36:03AM |
| Settlement | Settlement Approval - Hold | Sue Switzer | 4/30/2012  4:37:29PM |
| Salvage Provider | OK to cancel per SRT Tanya Salley/Geico until Geico can resolve the release issues | Stephanie Fuller | 4/30/2012  12:37:15PM |
| Financial | Charge Revalued | Stephanie Fuller | 4/30/2012  12:36:52PM |
| Financial | Revalue: reason code 'RCC' | Stephanie Fuller | 4/30/2012  12:36:52PM |
| Financial | Revalue: no contract change | Stephanie Fuller | 4/30/2012  12:36:52PM |
| Vehicle Removal | Picked Up by Provider | Stephanie Fuller | 4/30/2012  12:36:30PM |
| Assignment | Assignment Cancelled | Stephanie Fuller | 4/30/2012  12:36:30PM |
| Financial | New Charge Added | Stephanie Fuller | 4/30/2012  12:36:30PM |
| Financial | New Charge Added | Stephanie Fuller | 4/30/2012  12:36:30PM |
| Financial | Storage Ended | Stephanie Fuller | 4/30/2012  12:36:30PM |


iaai.com

Branch: #710 - Atlanta

**Salvage Notes Report**

**Stock #: 000-09604964**

VIN : 3MABM1269JR667971

| | | |
|---|---|---|
| Assigned : 4/16/2012 12:31:21PM | DOL : 3/8/2012 12:00:00AM | Status : S/P Paid |
| Pickup : 4/26/2012 2:52:59PM | Check-in : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :        0242526700101050 | |
| Claim Handler : Jennifer Donadk | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Assignment | srt tsalley unable to contact owner per doc that driver stld this veh nf locaton ok to cancel until resolved emailed amber/iaa | Tanya Salley | 4/30/2012 10:48:56AM |
| Assignment | srt tsalley dry run approved | Tanya Salley | 4/30/2012 10:22:47AM |
| Release Problem | Release Problem Provider Release Problem Updated: Follow Up changed from 04/28/2012 08:00 to 04/30/2012 08:00. | Amber Bates | 4/27/2012 1:02:10PM |
| Release Problem | Release Problem Updated: Release Problem Car Is Not At Facility changed to Release Problem Provider Release Problem. | Amber Bates | 4/27/2012 12:59:16PM |
| Dispatch | Dry Run | Amber Bates | 4/27/2012 10:08:44AM |
| Release Problem | Release Problem Identified | Amber Bates | 4/27/2012 10:08:44AM |
| Release Problem | Release Problem Created - Car Is Not At Facility: | Amber Bates | 4/27/2012 10:08:44AM |
| Dispatch | Dispatch Tower Logged In | Amber Bates | 4/27/2012 10:08:26AM |
| Release | Driver was dispatched to pick up the vehicle, the vehicle cannot be located at this address. Please confirm okay to pay dry run fee and advise we need correct pick up location | Amber Bates | 4/27/2012 10:08:13AM |
| Dispatch | Dispatch Tower Logged Out | Amber Bates | 4/26/2012 2:52:59PM |
| Assignment | ** Veh location: 3707 HENDERSON MILLRD ** Color of veh?  . UNK ** Damages:  .UNK ** Towable?...... UNK ** Vin or plate?..........3MABM1269JR667971 ** Is it Ok to pick up without owner present?  . Y ** Key location?........UNK Other Info: | Tanya Salley | 4/26/2012 12:18:07PM |
| Dispatch | Dispatch Tower | Amber Bates | 4/26/2012 12:05:17PM |
| Dispatch | Dispatch Tower Assigned | Amber Bates | 4/26/2012 12:05:17PM |
| Release | Actual Release Date | Amber Bates | 4/26/2012 12:05:12PM |
| Release | Scheduled Pick Up Date at Release | Amber Bates | 4/26/2012 12:05:12PM |
| Dispatch | Release problem 'Provider Release Problem' resolved through CSAToday; by user tsalley with notes = SRT TSALLEY CALL BACK AD JENNIFER THIS VEH IS GEICO OWNED PLZ SEND DRIVER TO PICK UP THE VEHICLE AWARE MAY BE DRY RUN THANKS IAA | Amber Bates | 4/26/2012 12:05:03PM |
| Assignment | SRT:MJOHNSON CALLED OWNER AT 404-492-2198 NO ANSWER LEFT VOICE MESSAGE FOR RETURN CALL BACK. | Mary Johnson | 4/26/2012 12:04:54PM |
| Release Problem | Release Problem Resolved | Tanya Salley | 4/26/2012 12:02:01PM |


iaai.com

**Salvage Notes Report**

Stock #: 000-09604964

Branch: #710 - Atlanta

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 4/16/2012  12:31:21PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 4/26/2012  2:52:59PM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :      0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Release Problem | Release problem 'Provider Release Problem' resolved through CSAToday: by user tsalley with notes = SRT TSALLEY CALL BACK AD JENNIFER THIS VEH IS GEICO OWNED PLZ SEND DRIVER TO PICK UP THE VEHICLE AWARE MAY BE DRY RUN THANKS IAA | Tanya Salley | 4/26/2012  12:02:01PM |
| Assignment | srt tsalley:call back owner no ans left message unable to contact owner | Tanya Salley | 4/25/2012  11:45:39AM |
| Assignment | SRT TSALLEY UNABLE TO CONTACT OWNER | Tanya Salley | 4/24/2012  5:08:15PM |
| Assignment | srt tsalley call back ph no ans | Tanya Salley | 4/24/2012  3:37:47PM |
| Assignment | srt tsalley call back owner no ans left message | Tanya Salley | 4/24/2012  1:50:36PM |
| Release Problem | Release Problem Provider Release Problem Updated: Follow Up changed from 04/24/2012 08:00 to 04/25/2012 08:00. | Terri Metz | 4/24/2012  7:19:33AM |
| Assignment | SRT TSALLEY CALL BACK OWNER NO ANS | Tanya Salley | 4/23/2012  3:15:49PM |
| Release Problem | Release Problem Provider Release Problem Updated: Follow Up changed from 04/16/2012 08:00 to 04/24/2012 08:00. | Terri Metz | 4/23/2012  8:27:51AM |
| Assignment | SRT: UNABLE TO SEND OWNER A CONTACT LETTER... | Leila Sims | 4/20/2012  7:53:08AM |
| Assignment | SRT: CALLED ADJUSTER TO ADVISE OF RELEASE ISSUE.... WILL SEND CONTACT LETTER ... | Leila Sims | 4/20/2012  7:31:00AM |
| Assignment | SRT: CALLED OWNER 770 895 3776,(404) 492-2198 NO ANSWER LEFT MESSAGES ON BOTH WILL FOLLOW UP.... | Leila Sims | 4/20/2012  7:20:32AM |
| Assignment | SRT: CALLED OWNER 770 895 3776,(404) 492-2198 NO ANSWER LEFT MESSAGES ON BOTH WILL FOLLOW UP,... | Leila Sims | 4/19/2012  7:53:03AM |
| Release Problem | Release Problem Updated: Release Problem Unable to Contact Owner changed to Release Problem Provider Release Problem. | Amber Bates | 4/17/2012  12:25:43PM |
| Release | Wait call back left message for owner, forwarded to lisa huffman with geico for assistnace | Amber Bates | 4/17/2012  12:25:38PM |
| Salvage Provider | left a voice mail for the owner to call us back regarding the pick up of her vehicle | Stephenie Fuller | 4/17/2012  12:13:02PM |
| Release Problem | Release Problem Created : Unable to Contact Owner | Amber Bates | 4/16/2012  1:29:22PM |
| Release Problem | Release Problem Identified | Amber Bates | 4/16/2012  1:29:22PM |
| Release | Wait call back left message for owner | Amber Bates | 4/16/2012  1:29:17PM |



iaai.com

Branch: #710 - Atlanta

**Salvage Notes Report**

Stock #: 000-00604964

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 4/16/2012  12:31:21PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 4/26/2012  2:52:59PM | Check-In : | Auction : |
| Color : | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :    0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Assignment | CSAToday(EVA) Assignment) : 4/16/2012 12:31 PM CT by mhendrix; SP Office : GEICO Insurance - (FCC02) Southeast; Dest Branch: Atlanta - GA  ( 710 ); Claim Number : 0242526700101050;  Date of Loss : 03/08/2012; Vehicle to be inspected at IAA? [VIC/Early Tow] : N;  Interested Party Number : 02;  Has the Vehicle been identified as Junk : No;  Is owner a business? : N;  Owner Last Name : Matute;  Owner First Name : Rosinda; Best Contact Number : 4044922198;  Policy Holder First Name : Rosinda; Policy Holder Last Name : Matute;  Is Owner the Policy Holder/Insured? : Y; VIN Number : 3MABM1250JR667971;  Vehicle Type : Automobile;  Vehicle Year : 1988;  Vehicle Make : MERCURY;  Vehicle Model : TRACER;  Loss Type : Collision;  Where is the vehicle? : Pickup at Residence;  Location Name : Matute - Residence;  Location Address 1 : 3207 Henderson Mill Rd; Location City : Chamblee;  Location State : GA;  Location Zip : 30341; Location Country : US;  Location Phone Number : 4044922198;  LocationId : 0;  Keys with vehicle? : Y;  Is vehicle ready for pickup today? : Y;  Date for Pickup : 04/16/2012; | Michelle Hendrix | 4/16/2012  12:31:21PM |
| Assignment | CSAToday External Assignment | Michelle Hendrix | 4/16/2012  12:31:21PM |
| Assignment | Date of Assignment | Michelle Hendrix | 4/16/2012  12:31:21PM |
| Assignment | Date of Standard Assignment | Michelle Hendrix | 4/16/2012  12:31:12PM |
| Assignment | EVA Assignment | Michelle Hendrix | 4/16/2012  12:31:12PM |
| Assignment | Release Date Quoted At Assignment | Michelle Hendrix | 4/16/2012  12:31:10PM |
| Assignment | Release Pick Up Date Quoted At Assignment | Michelle Hendrix | 4/16/2012  12:31:10PM |
| Assignment | Date of Loss | Michelle Hendrix | 3/8/2012  12:00:00AM |


iaai.com

**Salvage Notes Report**

Stock #: 000-09673869

Branch: #710 - Atlanta

VIN : 3MABM1269JR667971

| | | |
|---|---|---|
| Assigned : 5/2/2012  3:51:22PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 5/4/2012  10:38:29AM | Check-In : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :     0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Settlement | Salvage File Closed | Debbie Bryant | 5/22/2012  10:06:10AM |
| Settlement | Deficit Invoice Paid | Debbie Bryant | 5/22/2012  10:06:10AM |
| Settlement | Final Settlement Ended | BatchOMatic Process | 5/15/2012  1:48:56AM |
| Settlement | Final Settlement Started | BatchOMatic Process | 5/15/2012  1:48:37AM |
| Settlement | Settlement Ended | BatchOMatic Process | 5/15/2012  1:48:32AM |
| Settlement | Settlement Started | BatchOMatic Process | 5/15/2012  1:48:26AM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:22:03PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:21:34PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:19:35PM |
| Settlement | Settlement Approval - Final | Sue Switzer | 5/14/2012  4:16:18PM |
| Financial | New Charge Added | Kayla Kuhns | 5/14/2012  9:08:31AM |
| Financial | New Charge Added | Kayla Kuhns | 5/14/2012  9:08:31AM |
| Financial | Expense Voucher Created | Kayla Kuhns | 5/14/2012  9:08:15AM |
| Settlement | Settlement Approval - Hold | Sue Switzer | 5/7/2012  11:12:36AM |
| Financial | Charge Revalued | Stephanie Fuller | 5/4/2012  3:13:56PM |
| Financial | Revalue: reason code 'RCC' | Stephanie Fuller | 5/4/2012  3:13:56PM |
| Financial | Revalue: no contract change | Stephanie Fuller | 5/4/2012  3:13:56PM |
| Vehicle Removal | Picked Up by Provider | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Assignment | Assignment Cancelled | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Financial | New Charge Added | Stephanie Fuller | 5/4/2012  3:13:50PM |



iaai.com

Branch: #710 - Atlanta

**Salvage Notes Report**

Stock #: 000-09673869

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 5/2/2012  3:51:22PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 5/4/2012  10:36:29AM | Check-in : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :        0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Financial | New Charge Added | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Financial | Storage Ended | Stephanie Fuller | 5/4/2012  3:13:50PM |
| Dispatch | Dry Run | Amber Bates | 5/4/2012  3:12:22PM |
| Release Problem | Release Problem Identified | Amber Bales | 5/4/2012  3:12:22PM |
| Release Problem | Release Problem Created - Cancellation Requested: | Amber Bates | 5/4/2012  3:12:22PM |
| Dispatch | Dispatch Tower Logged In | Amber Bates | 5/4/2012  3:12:04PM |
| Salvage Provider | OWNERS NUMBER HAS BEEN DISCONNECTED SINCE SPEAKING WITH HER YESTERDAY. AS PER JENNIFER DONACIK DRY RUN OF 47 IS APPROVED AND PLEASE CANCEL THIS ASSIGNMENT. | Kayla Kuhns | 5/4/2012  2:16:42PM |
| Release | Driver is at location now, the vehicle is not at this location, this is 2nd time we have sent a driver to pick up vehicle, the other stock is 9804964. The driver is sitting directly in front of building that owner gave and has also driven around the complex but vehicle is not there. Attempted to reach owner, no answer. Spoke with Kayla Kuhns at IAA, driver is waiting to be advised of what he needs to do. Dry run fee is 47.00 | Amber Bates | 5/4/2012  2:09:38PM |
| Dispatch | Dispatch Tower Logged Out | Amber Bates | 5/4/2012  10:36:29AM |
| Dispatch | Dispatch Tower | Kayla Kuhns | 5/3/2012  8:16:10AM |
| Dispatch | Dispatch Tower Assigned | Kayla Kuhns | 5/3/2012  8:16:10AM |
| Dispatch | AS PER OWNER OKAY TO PICK UP TOMORROW 5-4-12 BETWEEN 12-5. ADDRESS VERIFIED.APARTMENT COMPLEX NAME: LES SARDINESS. OWNER STATES WHITE VEHICLE IS PARKED IN FRONT OF BUILDING S APT S2. SHE STATES SHE WILL LEAVE KEY UNDER DRIVER SEAT. NO FLAT TIRES. OWNER HAD A STRONG ACCENT SO NAME OF COMPLEX MAY BE OFF ALTHOUGH I ASKED HER TO SPELL IT OUT FOR ME. | Kayla Kuhns | 5/3/2012  8:16:06AM |
| Dispatch | AS PER OWNER OKAY TO PICK UP TOMORROW 5-4-12 BETWEEN 12-5. ADDRESS VERIFIED. OWNER STATES WHITE VEHICLE IS PARKED IN FRONT OF BUILDING S APT S2. SHE STATES SHE WILL LEAVE KEY UNDER DRIVER SEAT. NO FLAT TIRES. | Kayla Kuhns | 5/3/2012  8:03:54AM |
| Release | Actual Release Date | Kayla Kuhns | 5/3/2012  7:57:05AM |
| Release | Scheduled Pick Up Date at Release | Kayla Kuhns | 5/3/2012  7:57:05AM |



iaai.com

Branch: #710 - Atlanta

Salvage Notes Report

Stock #: 000-09673869

VIN : 3MABM1259JR667971

| | | |
|---|---|---|
| Assigned : 5/2/2012  3:51:22PM | DOL : 3/8/2012  12:00:00AM | Status : S/P Paid |
| Pickup : 5/4/2012  10:36:29AM | Check-in : | Auction : |
| Color : White | Row /Slot : | Odometer : |
| Year : 1988 | Make : MERCURY | Model : TRACER |
| Plate : | Loss Type : Collision | |
| Primary Damage : Unknown | Secondary Damage : | |
| Customer : GEICO Insurance - (FCC02) Southeast | Claim # :     0242526700101050 | |
| Claim Handler : Jennifer Donacik | Policy # | |

| Category | Note | By | Date / Time |
|---|---|---|---|
| Assignment | CSAToday(EVA) Assignment) : 5/2/2012 3:51 PM CT by bchatman; SP Office : GEICO Insurance - (FCC02) Southeast; Dest Branch: Atlanta - GA  ( 710 ); Claim Number : 0242526700101050;  Date of Loss : 03/08/2012;  Vehicle to be inspected at IAA? [VIC/Early Tow] : N;  Interested Party Number : 02; Has the Vehicle been identified as Junk : No;  Is owner a business? : N; Owner Last Name : Matute;  Owner First Name : Rosinda;  Best Contact Number : 7063515147;  Policy Holder First Name : Rosinda;  Policy Holder Last Name : Matute;  Is Owner the Policy Holder/Insured? : Y;  VIN Number : 3MABM1259JR667971;  Vehicle Type : Automobile;  Vehicle Year : 1988; Vehicle Make : MERCURY;  Vehicle Model : TRACER;  Loss Type : Collision;  Where is the vehicle? : Pickup at Residence;  Location Name : Matute - Residence;  Location Address 1 : 3207 Henderson Mill Road; Location City : Chamblee;  Location State : GA;  Location Zip : 30341; Location Country : US;  Location Phone Number : 7063515147;  LocationId : 0;  Keys with vehicle? : Y;  Is vehicle ready for pickup today? : Y;  Date for Pickup : 05/02/2012;  Pick Up Instructions : Contact owner before pick up.; | Brittney Chatman | 5/2/2012  3:51:24PM |
| Dispatch | Contact owner before pick up. | Brittney Chatman | 5/2/2012  3:51:24PM |
| Assignment | CSAToday External Assignment | Brittney Chatman | 5/2/2012  3:51:23PM |
| Assignment | Date of Assignment | Brittney Chatman | 5/2/2012  3:51:22PM |
| Assignment | Date of Standard Assignment | Brittney Chatman | 5/2/2012  3:51:16PM |
| Assignment | EVA Assignment | Brittney Chatman | 5/2/2012  3:51:16PM |
| Assignment | Release Date Quoted At Assignment | Brittney Chatman | 5/2/2012  3:51:14PM |
| Assignment | Release Pick Up Date Quoted At Assignment | Brittney Chatman | 5/2/2012  3:51:14PM |
| Assignment | Date of Loss | Brittney Chatman | 3/8/2012  12:00:00AM |

Page 1 of 1

## CHAMBLEE POLICE DEPARTMENT
## STATEMENT FORM

Case No: 12-02672      State vs: Rosinda Matute Castellanos

Statement of: Mike Mitchell

Address: 2300 Bethelview Rd. Ste. 110-133, Cumming, GA 30040

Employer's Name: GEICO

Address: 2329 John Glenn Dr. Chamblee, GA. 30341

Home Phone:                        Business Phone: 404-991-8247

Statement Taken By: K.M Taylor #195 Date: 06/07/2012 Time: 1230 hrs

I, Mike Mitchell, give this statement to K.M Taylor #195 who I know to be a City of Chamblee Police Officer, Dekalb County, Georgia.

On 03/08/2012, Rosinda Matute Castellanos made a claim to GEICO for damage to her vehicle after being involved in a collision with an individual insured by GEICO. The vehicle, a 1988 Mercury Tracer, VIN: 3MABM1259JR667971, was determined to be a total loss during inspection by a GEICO auto damage adjuster. On 04/04/2012, GEICO issued payment to Castellanos in the amount of $1,108.01 at Classic Collision, located at 2329 John Glen Drive. Castellanos signed over the vehicle title to GEICO at that time, but did not turn over the vehicle for which she was paid. GEICO representatives contacted Castellanos on two occasions to take possession of the vehicle. On both occasions, Castellanos agreed to make the vehicle available for pick up, but moved the vehicle prior to the tow truck's arrival. Castellanos later indicated she moved the vehicle to a parking lot at 3559 Chamblee Tucker Rd. She has since reported the vehicle stolen to Dekalb PD, case # 12-060825.

EXHIBIT
2