IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ROSINDA MATUTE-CASTELLANOS, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION |
| GEICO INDEMNITY COMPANY, JOHN DOE 1, and JOHN DOE 2, | § § § | FILE NO. 15 A 55279-E4 |
| Defendants. | § § § | |

State of Georgia       }
County of DeKalb       }

## AFFIDAVIT OF CHRIS NEWBERRY

Personally appeared before the undersigned officer duly authorized to administer oaths, CHRIS NEWBERRY, who, after being duly sworn, deposes and states as follows:

1.

I, CHRIS NEWBERRY, am over age 21, suffer from no legal disabilities, and I have personal knowledge of the facts stated in this Affidavit and know them to be true and correct.

2.

I am a Sergeant working for the Chamblee Police Department. I have been working for the Chamblee Police Department for 15 years and my badge number is 211.

3.

I was assigned by the Chamblee Police Department to investigate a reported offense of theft by concealment (case #12-02672) committed by Rosinda Matute-

{Firm/201/01537/01161138.DOCX }



Castellanos ("Matute") and reported by Mike Mitchell ("Mitchell"), an employee of GEICO, on June 7, 2012.

4.

I first became aware of Mitchell's complaint against Matute in July of 2012.

5.

Mitchell provided a statement to the Chamblee Police Department explaining that GEICO had paid Matute on April 24, 2012, for her vehicle as the vehicle was reported as a total loss from an incident dated March 8, 2012. GEICO representatives communicated with Matute on two separate occasions to attempt to recover the vehicle. Each time the vehicle was moved prior to picking it up. A true and correct copy of Mitchell's June 7, 2012 statement is attached here as Exhibit 1.

6.

As a part of my investigation, I reviewed the June 7, 2012 statement provided by GEICO Investigator Mitchell to the Chamblee Police Department. I contacted Mitchell to verify the information provided and confirmed that the vehicle had not been located or delivered to GEICO.

7.

During my investigation, I located and reviewed Matute's May 31, 2012 police report to the DeKalb County Police Department (the "police report"), in which she reported her vehicle stolen. A true and correct copy of Matute's May 31, 2012 police report to the DeKalb County Police Department is attached here as Exhibit 2.

8.

I attempted to reach Matute at least twice by phone at the number listed in the police report. I was not able to reach Matute. I left messages for Matute to return my phone calls and provided my contact information. I was never contacted by Matute.

9.

In the police report, Matute claimed that her vehicle broke down in a parking lot on April 21, 2012, over a month prior to reporting the vehicle stolen.

10.

Matute's May 31, 2012 police report makes no mention of: 1) GEICO's ownership interest in Matute's vehicle; 2) that GEICO was actively searching for Matute's vehicle; 3) that Matute's vehicle had been moved twice prior to being parked at 3559 Chamblee Tucker Road; 4) why Matute was moving her totaled vehicle repeatedly; 5) why Matute had moved her vehicle to the parking lot located at 3559 Chamblee Tucker Road; or 6) why Matute had waited a month before reporting her vehicle stolen.

11.

I contacted the DeKalb County Police Department to confirm the facts contained in the police report and to determine if they had any additional contact information for Matute. The DeKalb County Police Department had no contact information for Matute beyond what was provided in the police report.

12.

Matute's failure to return my phone calls combined with the fact that the police report contained no information regarding: 1) GEICO's ownership interest; 2) GEICO's investigation; 3) the fact that the vehicle had already been wrecked and considered

totaled; 4) the reason Matute's vehicle was in the lot; or 5) Matute's delay in reporting her vehicle stolen caused me to suspect Matute was concealing the location of her vehicle and had falsely reported her vehicle stolen.

13.

Additionally, based on GEICO's unsuccessful attempts to recover Matute's vehicle and Matute's decision to frequently relocate her totaled vehicle, I doubted that Matute had ever moved her vehicle to the parking lot located at 3559 Chamblee Tucker Road. I, instead, suspected Matute had unlawfully sold the vehicle and had reported her vehicle stolen to obstruct GEICO's attempts to recover her vehicle.

14.

I conducted a Georgia Crime Information Center ("GCIC") search to determine if Matute's vehicle had been recovered by any agency. My GCIC search indicated no law enforcement agency had reported Matute's vehicle had been located or recovered.

15.

Based on the facts obtained during my investigation and my professional judgment, and because I had been completely unable to contact Matute and because Matute's vehicle had not been recovered, on July 24, 2012, I presented these facts to Judge Harvey at the DeKalb County Magistrate Court in reference to the charge of Concealment of Property. Judge Harvey agreed that there was probable cause for the charge of Concealment of Property.

16.

A warrant was sworn out against Matute on July 24, 2012, for the offense of Concealment of Property with Security Lien in violation of O.C.G.A. § 16-9-51. A true and correct copy of the warrant for Plaintiff's arrest is attached here as Exhibit 3.

{Firm/201/01537/01161138.DOCX }

4

17.

The misdemeanor arrest warrant was submitted to the DeKalb County Sheriff's Office, Warrant Division, to be entered in a database and served.

18.

I was not involved in Matute's actual arrest.

19.

I had no involvement in the case after a warrant was sworn out against Matute on July 24, 2012.

20.

I was never notified by the DeKalb County Sheriff's Office or the DeKalb Solicitor's Office that Matute was arrested.

FURTHER AFFIANT SAYETH NAUGHT.

CHRIS NEWBERRY

Sworn to and subscribed before me
this ____ day of _____, 2015.

Notary Public

My Commission Expires:

Page 1 of 1

## CHAMBLEE POLICE DEPARTMENT
## STATEMENT FORM

Case No: 12-02672    State vs: Rosida Matute Castellanos

Statement of: Mike Mitchell

Address: 2300 Bethelview Rd. Ste. 110-133, Cumming, GA 30040

Employer's Name: GEICO

Address: 2329 John Glenn Dr. Chamblee, GA. 30341

Home Phone:    Business Phone: 404-991-8247

Statement Taken By: KM Taylor #195 Date: 06/07/2012 Time: 1230 hrs

I, Mike Mitchell , give this statement to KM Taylor #195 who I know to be a City of Chamblee Police Officer, Dekalb County, Georgia.

On 03/08/2012, Rosinda Matute Castellanos made a claim to GEICO for damage to her vehicle after being involved in a collision with an individual insured by GEICO. The vehicle, a 1988 Mercury Tracer, VIN: 3MABM1259JR667971, was determined to be a total loss during inspection by a GEICO auto damage adjuster. On 04/04/2012, GEICO issued payment to Castellanos in the amount of $1,108.01 at Classic Collision, located at 2329 John Glen Drive. Castellanos signed over the vehicle title to GEICO at that time, but did not turn over the vehicle for which she was paid. GEICO representatives contacted Castellanos on two occasions to take possession of the vehicle. On both occasions, Castellanos agreed to make the vehicle available for pick up, but moved the vehicle prior to the tow truck's arrival. Castellanos later indicated she moved the vehicle to a parking lot at 3559 Chamblee Tucker Rd. She has since reported the vehicle stolen to Dekalb PD, case # 12-060825.

EXHIBIT 1

# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

Case #: 12-060825

**EVENT**

| Incident Type: | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| THEFT BY TAKING - AUTOMOBILE 16-8-2 | 1 | 2404 | COUNTY | |

| Premise Type: | Weapon Type: | Forcible: | Stranger To Stranger | Hate Motivated | Loc Code: |
|---|---|---|---|---|---|
| EMBRY HILLS/CHAMBLEE TUCKER RD | | N | U | | 151 |

| Date Report | Incident Start | Incident End | Incident Location: |
|---|---|---|---|
| 5/31/2012 3:00:00 PM | 4/21/2012 3:00:00 PM | 5/25/2012 9:00:00 AM | 3631 CHAMBLEE TUCKER RD ATLANTA GA |

**VICTIM**

| Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity. |
|---|---|---|---|---|---|---|
| MATUTE-CASTELLANOS, ROSINDA | | 01-13-1981 | 31 | F | W | H |

| Address | Home #: | Work #: | Cell #: | Email: |
|---|---|---|---|---|
| 3207 HENDERSON MILL RD H2 CHAMBLEE GA | | | | |

| SSN: | Resident Status: | WGT. () | Hair Color. | Hair Style: | Hair Length: | Eye Color: | OLN #. | State: |
|---|---|---|---|---|---|---|---|---|

| Occupation: | Employer: | Address: | Employer Phone |
|---|---|---|---|
| UNEMPLOYED | | | |

| Victim Type: | Student | Yes No | If Yes, Name of Victim's School | LEOKA Activity Type: | LEOKA Assignment Type: |
|---|---|---|---|---|---|
| PERSON/INDIVIDUAL (NOT | | | | | |

Injuries: ☑ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other          Used ☐ Drugs ☐ Alcohol ☐ Computer

SMTs:

| Relationship To Offenders: | (1) RELATIONSHIP UNKNOWN | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

| Offenses Involved | (1) 2404 | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

**OFFENDER**

| Name | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity |
|---|---|---|---|---|---|---|

| Address: | Home Phone: | Work Phone | Cell Phone: | Email: |
|---|---|---|---|---|

| SSN | Resident Status. | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color. | OLN # | State: |
|---|---|---|---|---|---|---|---|---|---|

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|

SMTs:

Offenses Involved:
(1) ___ (2) ___
(3) ___ (4) ___
(5) ___ (6) ___
(7) ___ (8) ___
(9) ___ (10) ___

CERTIFIED COPY

JAN 26 2016

DeKalb County Police
Central Records Section

| WANTED. ☐ | WARRANT ☐ | ARREST: ☐ | SUSPECT ARMED: | WEAPON: |
|---|---|---|---|---|
| TOTAL NUMBER ARRESTED: 0 | | ARREST AT OR NEAR OFFENSE SCENE: Yes ☐ No ☑ | | |

**PROPERTY**

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $1,000.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**ADM.**

GCIC ENTRY   ☐ WARRANT   ☐ MISSING PERSONS   ☒ VEHICLE   ☐ ARTICLE   ☐ BOAT   ☐ GUN   ☐ SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER   ☐ YES   ☒ NO

☐ 1 - Amphetamine   ☐ 2 - Barbiturate   ☐ 3 - Cocaine   ☐ 4 - Hallucinogen   ☐ 5 - Heroin
☐ 6 - Marijuana   ☐ 7 - Methamphetamine   ☐ 8 - Opium   ☐ 9 - Synthetic Narcotic   ☐ U - Unknown

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT   ☐ CLEARED BY ARREST   ☐ EXCEPTIONALLY CLEARED   ☐ UNFOUNDED   DATE OF CLEARANCE   ☐ ADULT   ☐ JUVENILE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| V A CLARK | 6527 | | |

EXHIBIT
2

## DEKALB COUNTY POLICE DEPARTMENT
### GA0440200
### INCIDENT VEHICLES

Case #: 12-060825

| | STOLEN | TAG NUMBER BYC4414 | STATE GA | YEAR 2013 | V.I.N. 3MABM1259JR667971 | | TYPE 2 OR 4 DOOR SEDAN (PASSENGER) |
|---|---|---|---|---|---|---|---|
| | RECOVD | YEAR 1988  MAKE MERCURY | MODEL TRACER | | STYLE 4D 4 DOOR | COLOR WHITE | RELATED TO VICTIM 1 MATUTE-CASTELLANOS, ROSINDA |
| | SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐  MAN. ☐ | | INSURED BY | |

| OWNER MATUTE-CASTELLANOS ROSINDA | ADDRESS 3207 HENDERSON MILL RD H2 CHAMBLEE GA | PHONE 404-492-2198 |
|---|---|---|

| INVENTORY | INVENTORY DATE | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
|---|---|---|---|---|---|
| | | | | | |

| | STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
|---|---|---|---|---|---|---|---|
| | RECOVD | YEAR  MAKE | MODEL | | STYLE | COLOR | RELATED TO |
| | SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐  MAN. ☐ | | INSURED BY | |

| OWNER | ADDRESS | PHONE |
|---|---|---|

| INVENTORY | INVENTORY DATE | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
|---|---|---|---|---|---|
| | | | | | |

| | STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
|---|---|---|---|---|---|---|---|
| | RECOVD | YEAR  MAKE | MODEL | | STYLE | COLOR | RELATED TO |
| | SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐  MAN. ☐ | | INSURED BY | |

| OWNER | ADDRESS | PHONE |
|---|---|---|

| INVENTORY | INVENTORY DATE | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
|---|---|---|---|---|---|
| | | | | | |

| | STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
|---|---|---|---|---|---|---|---|
| | RECOVD | YEAR  MAKE | MODEL | | STYLE | COLOR | RELATED TO |
| | SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐  MAN. ☐ | | INSURED BY | |

| OWNER | ADDRESS | PHONE |
|---|---|---|

| INVENTORY | INVENTORY DATE | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
|---|---|---|---|---|---|
| | | | | | |

| | STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
|---|---|---|---|---|---|---|---|
| | RECOVD | YEAR  MAKE | MODEL | | STYLE | COLOR | RELATED TO |
| | SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐  MAN. ☐ | | INSURED BY | |

| OWNER | ADDRESS | PHONE |
|---|---|---|

| INVENTORY | INVENTORY DATE | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER> |
|---|---|---|---|---|---|
| | | | | | |

CERTIFIED COPY
JAN 28 2016
DeKalb County Police Central Records Section

## DEKALB COUNTY POLICE DEPARTMENT
### GA0440200
### INCIDENT PROPERTY

| | | | Case #: |
|---|---|---|---|
| | | | 12-060825 |

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| A | 1988 MERCURY TRACER 4D WHI | S | | |

| Make: | Model: | Serial: | | |
|---|---|---|---|---|
| MERCURY | TRACER | 3MABM1259JR667971 | | |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|
| SUSPECT | 1 | $1,000.00 | 2404 |

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen | Jurisdiction Recovered: |
|---|---|---|---|---|
| VICTIM 1 MATUTE-CASTELLANOS, ROSINDA | | | 2 | |

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| | | | | |

| Make: | Model | Serial: | | |
|---|---|---|---|---|
| | | | | |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|
| | | | |

| Related To | Date Recovered: | Recovery Code | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|
| | | | | |

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| | | | | |

| Make: | Model: | Serial: | | |
|---|---|---|---|---|
| | | | | |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|
| | | | |

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|
| | | | | |

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| | | | | |

| Make | Model: | Serial | | |
|---|---|---|---|---|
| | | | | |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|
| | | | |

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|
| | | | | |

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| | | | | |

| Make: | Model: | Serial: | | |
|---|---|---|---|---|
| | | | | |

| Property Location: | QTY | Value: | UCR Code: |
|---|---|---|---|
| | | | |

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|
| | | | | |

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| | | | | |

| Make: | Model: | Serial: | | |
|---|---|---|---|---|
| | | | | |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|
| | | | |

| Related To | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered. |
|---|---|---|---|---|
| | | | | |

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| | | | | |

| Make: | Model: | Serial: | | |
|---|---|---|---|---|
| | | | | |

| Property Location: | QTY: | | | |
|---|---|---|---|---|
| | | | | |

CERTIFIED COPY

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|
| | | | | |

JAN 06 2016

| Class: | Description: | Status: | | |
|---|---|---|---|---|
| | | | | |

| Make: | Model | Serial: | | |
|---|---|---|---|---|
| | | | DeKalb County Police | |

| Property Location: | QTY: | | Central Records Section | |
|---|---|---|---|---|
| | | | | |

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|
| | | | | |

## DEKALB COUNTY POLICE DEPARTMENT
### GA0440200
#### OTHER PERSONS

Case #:
12-060825

| Involvement Type: | | Name (Last, First Middle): | | | | Moniker: | | SSN: | |
|---|---|---|---|---|---|---|---|---|---|
| COMPLAINANT | | MATUTE-CASTELLANOS ROSINDA | | | | | | | |

| Address | | | | | | Home #: 404-492-2198 | Cell #: | Work #: | |
|---|---|---|---|---|---|---|---|---|---|
| 3207 HENDERSON MILL RD H2 CHAMBLEE GA | | | | | | | | | |

| DOB: | Age | Sex: | Race: | Ethnicity: | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|
| 01-13-1981 | 31 | F | W | H | | | | | 0 |

SMTs:

| Email | | | OLN #: | | | State: | Used: Drugs  Alcohol  Computer | | |
|---|---|---|---|---|---|---|---|---|---|

| Occupation: UNEMPLOYED | | Employer/School: | | Address: | | | | Employer Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Involvement Type: | | Name (Last, First Middle): | | | | Moniker: | | SSN: | |
|---|---|---|---|---|---|---|---|---|---|

| Address | | | | | | Home #: | Cell #: | Work #: | |
|---|---|---|---|---|---|---|---|---|---|

| DOB: | Age: | Sex: | Race: | Ethnicity: | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | | | OLN #: | | | State: | Used: Drugs  Alcohol  Computer | | |
|---|---|---|---|---|---|---|---|---|---|

| Occupation: | | Employer/School: | | Address: | | | | Employer Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Involvement Type: | | Name (Last, First Middle): | | | | Moniker: | | SSN: | |
|---|---|---|---|---|---|---|---|---|---|

| Address | | | | | | Home #: | Cell #: | Work #: | |
|---|---|---|---|---|---|---|---|---|---|

| DOB: | Age: | Sex: | Race: | Ethnicity: | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | | | OLN #: | | | State: | Used: Drugs  Alcohol  Computer | | |
|---|---|---|---|---|---|---|---|---|---|

| Occupation: | | Employer/School: | | Address | | | | Employer Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Involvement Type: | | Name (Last, First Middle): | | | | Moniker: | | SSN: | |
|---|---|---|---|---|---|---|---|---|---|

| Address | | | | | | Home #: | Cell #: | Work #: | |
|---|---|---|---|---|---|---|---|---|---|

| DOB: | Age: | Sex: | Race: | Ethnicity: | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | | | OLN #: | | | State: | Used: Drugs  Alcohol  Computer | | |
|---|---|---|---|---|---|---|---|---|---|

| Occupation: | | Employer/School: | | Address: | | | | Employer Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Involvement Type: | | Name (Last, First Middle): | | | | Moniker: | | SSN: | |
|---|---|---|---|---|---|---|---|---|---|

| Address | | | | | | Home #: | Cell #: | Work #: | |
|---|---|---|---|---|---|---|---|---|---|

| DOB: | Age: | Sex: | Race: | Ethnicity: | Resident Status | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email | | | OLN #: | | | State: | Used: Drugs  Alcohol  Computer | | |
|---|---|---|---|---|---|---|---|---|---|

| Occupation: | | Employer/School: | | Address: | | | | Employer Phone: | |
|---|---|---|---|---|---|---|---|---|---|

CERTIFIED COPY

JAN 26 2016

DeKalb County Police
Central Records Section

| DEKALB COUNTY POLICE DEPARTMENT GA0440200 NARRATIVE | Case #: 12-060825 |
|---|---|

| Officer ID/Name | Date: | Approving Officer ID/Name: | Date: |
|---|---|---|---|

Title:    INITIAL REPORT

The victim advised that on 05-25-2012 at approximately 0900hrs, she noticed that an unknown subject(s) stole her 1988 white 4door MERCURY TRACER, GA tag# BYC4414 from the parking lot at 3631 CHAMBLEE TUCKER RD (EMBRY HILLS). The victim stated that on 04-21-2012 her vehicle broke down at the location. The victim stated that she has the vehicle keys and she called all the wrecker services, no one has her vehicle. Language Line operator #15129 (spanish) was used for this report. NCIC operator Noble was notified of this incident and entered the vehicle into the system.

CERTIFIED COPY

JAN 26 2016

DeKalb County Police
Central Records Section

 CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.   12-W-012875
CASE NO.   12-02672



Rosinda Matute Castellanos
DOB: 01/13/1981
3207 Henderson Mill Rd #H2
ATLANTA, GA, 30341

Race:H, Sex: Female, Height:5'04", Weight:150,
Hair:BLK (Black), Eyes:BRO (Brown)
Custody: No

Prosecutor: C. Newberry
3518 broad st.
Chamblee,GA,30341
Phone No: 770-986-5009
BadgeNo:ch211 Agency:Chamblee PD
Witness:

## AFFIDAVIT

Personally appeared the undersigned prosecutor, C. Newberry who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 3/8/2012 12:00:00PM and 6/7/2012 8:30:00PM at 2329 John Glenn Dr, Chamblee, GA, 30341, DEKALB, COUNTY did commit the offense of Concealment of property with security lein ( misemeanor ) in violation of O.C.G.A . 16-9-51 and against Geico Insurance Co and the laws of the State of GEORGIA. The facts this affidavit for arrest is based on are The accused received an insurment settlement payment of $1108.01 USD on 04/04/12 to satisfy her damage claim to her 1988 Mercury Tracer VIN#3MABM1259JR667971 that was deemed a total loss by Geico Insurance. The accused failed to produce the vehicle to satisfy the total loss payment, removed it from her residence and subsequently reported it as stolen in Dekalb County on 05/31/12, DKPD report # 12-060825. Prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.

Sworn to and subscribed before me this 7/24/2012 3:23:03 PM

Judge:   A C Harvey
Magistrate Court of DEKALB COUNTY

7/24/2012 3:22:51 PM
Prosecutor:C. Newberry
Agency: Chamblee PD
Badge:ch211

## STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB. To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  7/24/2012 3:23:03 PM

Judge:   A C Harvey
Magistrate Court of DEKALB COUNTY

## ORDER FOR BOND

IT IS HEREBY ORDERED that the above-named accused, Rosinda Matute Castellanos , be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of $500.00, Five Hundred Dollars to assure the presence of said accused at arraignment, trial and final disposition in the Superior Court State Court of DEKALB COUNTY.

SPECIAL CONDITION OF BOND ☐



EXHIBIT
3

