IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ROSINDA MATUTE-CASTELLANOS, | § § § | |
| Plaintiff, | § | |
| vs. | § § | CIVIL ACTION |
| GEICO INDEMNITY COMPANY, JOHN DOE 1, and JOHN DOE 2, | § § § § | FILE NO. 15 A 55279-E4 |
| Defendants. | § § | |

State of Georgia          }
County of DeKalb          }

### AFFIDAVIT OF KELLY MCMICHAEL

Personally appeared before the undersigned officer duly authorized to administer oaths, KELLY MCMICHAEL, who, after being duly sworn, deposes and states as follows:

1.

I, KELLY MCMICHAEL, am over age 21, suffer from no legal disabilities, and I have personal knowledge of the facts stated in this Affidavit and know them to be true and correct.

2.

I am a Deputy Chief Assistant Solicitor-General working for the Office of the DeKalb County Solicitor-General. I have been practicing law in Georgia for 12 years and my bar number is 497809.



STATE COURT OF
DEKALB COUNTY, GA.
2/15/2016 4:56:51 PM
E-FILED
BY: Jewel Hendrix

3.

I represented DeKalb County in the case of The State of Georgia v. Rosinda A. Matute Castellanos, Case 14C69539, State Court of DeKalb County.

4.

I first became aware of the pending charge against Rosinda A. Matute Castellanos in March of 2014, when the charge was sent to the DeKalb County Solicitor's Office from the DeKalb County Sheriff's Department.

5.

When I received notice of the charge against Defendant in Case 14C69539, it had already been automatically flagged as beyond the applicable statute of limitations.

6.

Upon review of the warrant issued for Defendant's arrest, I concluded that the two year statute of limitations for the charge of concealment of property with security lien (misdemeanor), O.C.G.A. 16-9-51, which was said to have occurred on March 8, 2012, had expired on March 8, 2014.

7.

Based on this determination, a Notice That No Accusation Will Be Filed was filed to the defendant on April 14, 2014 with the State Court Clerk's Office, closing out the case.

8.

The April 14, 2014 Notice That No Accusation Will Be Filed terminated Case14C69539.

{Firm/201/01537/01101596.DOCX }

2

9.

At no point did the Defendant ever appear before any Court of record for Case 14C69539 prior to the case being terminated on April 14, 2014.

10.

There was no prosecution of the Defendant a under Case 14C69539 by DeKalb County.

Further affiant sayeth not.

_____
KELLY MCMICHAEL

Sworn to and subscribed before me
this __10__ day of __August__, 2015.

_____
Notary Public

My Commission Expires: January 27, 2018