# Look Up a ZIP Code™

ZIP Code™ By Address    Cities by ZIP Code™

**You entered:**

3207 HENDERSON MILL DRIVE
APARTMENT H2
ATLANTA GA 30341

Look up another ZIP Code™ ›
Edit and Search Again ›

Overnight.
Not Overpriced.
Learn more about
Priority Mail Express® ›



**Here's the full address, using standard abbreviations and formatting.**

3207 HENDERSON MILL RD APT H2
ATLANTA GA **30341-4595**

**Show Mailing Industry Details**

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.

   



EXHIBIT
A

# Look Up a ZIP Code™

**Still Have Questions?**
Browse our FAQs ›

ZIP Code™ By Address      Cities by ZIP Code™

**You entered:**

3207 HENDERSON MILL DRIVE
APARTMENT H2
ATLANTA GA 30341

Look up another ZIP Code™ ›
Edit and Search Again ›

Overnight.
Not Overpriced.
Learn more about
Priority Mail Express® ›



Here's the full address, using standard abbreviations and formatting.

3207 HENDERSON MILL RD APT H2
ATLANTA GA **30341-4595**

**Hide Mailing Industry Details**

| | |
|---|---|
| Carrier Route | C045 |
| County | DEKALB |
| Delivery Point Code | 82 |
| Check Digit | 6 |
| Commercial Mail Receiving Agency | N |
| LAC™ | |
| eLOT™ | 0098 |
| eLOT Ascending/Descending Indicator | A |
| Record Type Code | H |
| PMB Designator | |
| PMB Number | |
| Default Flag | |
| EWS Flag | |
| DPV Confirmation Indicator | Y |

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.

