Google

3207 henderson mill drive  🔍



All    Maps    Shopping    News    Images    More        Settings    Tools

About 176,000 results (0.78 seconds)



3207 Henderson Mill Rd, Atlanta, GA 30341                    Get directions

### 3207 Henderson Mill Rd Ne, Atlanta, GA 30341 - realtor.com®
www.realtor.com › Georgia › DeKalb County › Atlanta ▾
$1,400.00 to $1,870.00
Ashford Embry Hills **3207 Henderson Mill** Rd NE, Atlanta, GA 30341. Map. Map Street .... 1945 Savoy **Dr**,
Atlanta, GA 30341; $1,189+. 1 - 2 bd; 1 - 2 ba; 756+ sq ...

### 3207 Henderson Mill Rd Atlanta, GA 30341 Rentals - Atlanta, GA ...
https://www.apartments.com › Condos › Georgia › Atlanta ▾
See all available apartments for rent at **3207 Henderson Mill** Rd in Atlanta, GA. **3207 Henderson Mill** Rd
has rental ... Parks and Recreation, **Drive**, Distance ...

### 3207 Henderson Mill Road at 3207 Henderson Mill Road, Atlanta, GA ...



EXHIBIT

B

https://hotpads.com › GA › Atlanta Apartments ▾
$1,199.00
Apartments for Rent at **3207 Henderson Mill** Road: 2 to 4 beds, $1199+. Map it and view 15 photos and details on HotPads.

### The Crossing At Henderson Mill Apartments - Atlanta, GA 30341
www.apartmentguide.com › Georgia › Atlanta ▾
        Rating: 4 - 6 reviews
Find your new home at The Crossing At **Henderson Mill** Apartments located at 3340 Lansbury Village **Drive**, Atlanta, GA 30341. Floor plans starting at $889.

### Ashford Embry Hills Apartments - Chamblee, GA 30341
www.apartmentguide.com › Georgia › Chamblee ▾
Find your new home at Ashford Embry Hills Apartments located at **3207 Henderson Mill** Road, Chamblee, GA 30341. Floor plans starting at $1325.

### Ashford Embry Hills | Apartments in Atlanta, GA
www.ashfordembryhills.com/ ▾
Terms and Conditions · Privacy Policy · Translate this Page · Contact Us · Careers. Ashford Embry Hills **3207 Henderson Mill** Road Atlanta, GA 30341 (770) 934- ...

### Ashford Embry Hills - Atlanta, GA | Apartment Finder
www.apartmentfinder.com › Georgia › Atlanta Apartments ▾
**3207 Henderson Mill** Road. Ashford Embry Hills is a wonderful apartment community in Atlanta, GA. With five different floor plans, all featuring at least two ...

### 3207 Henderson Mill Rd, Atlanta, GA | RentFocus
rentfocus.com/Georgia/Atlanta/mz5e8bfa ▾
Ashford Embry Hills is a wonderful apartment community in Atlanta, GA. With five different floor plans, all featuring at...

### Ashford Embry Hills Apartments For Rent in Atlanta, GA - ForRent.com
https://www.forrent.com/apartment-community-profile/1019144 ▾
**3207 Henderson Mill** Rd, Atlanta GA 30341 ... Henderson Middle School; Lakeside High School; Pleasantdale Elementary School ... **Driving** Directions: ...

### Les Jardins in Atlanta, GA Ratings, Reviews, Rent Prices and Availability
https://www.apartmentratings.com › Georgia › Atlanta ▾
        Rating: 2.5 - 54 reviews
**3207 Henderson Mill** Road, Atlanta, GA 30341. Write a Review. +- ...... Maintanece never does anything but **drive** around in hos little golf cart. Oh and did i ...

Searches related to 3207 henderson mill drive

henderson mill **apartments**

**the crossing at** henderson mill **chamblee ga**

henderson mill **condos for rent**

**apartments on** henderson mill **rd**

**ashford at embry hills**

**the crossing at** henderson mill **chamblee, ga 30341**

**the crossing apartments marietta**

**3340 lansbury village dr chamblee ga 30341**

1  2  3  4  5  6  7  8  9  10        Next

Peachtree Corners, Georgia - Reported by this computer - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google Maps    Henderson Mill Rd

Image capture: May 2016    © 2017 Google

Atlanta, Georgia

Street View - May 2016

